## Criminal Case Cover Sheet

**FILED:** REDACTED

**U.S. District Court**

**Place of Offense:** ☒ Under Seal

- City: 
- County: Fairfax
- Superseding Indictment: 
- Same Defendant: 
- Magistrate Judge Case No.: 
- Search Warrant Case No.: 

- Judge Assigned: O'Grady
- Criminal No.: 1:19-cr-59
- New Defendant: X
- Arraignment Date: 
- R. 20/R. 40 From: 

### Defendant Information:

- **Defendant Name:** Daniel Everette Hale
- Alias(es): 
- ☐ Juvenile  FBI No.: 
- **Address:** xxx Southern Turf Drive, Nashville, TN 37211
- **Employment:** 
- **Birth Date:** x/x/1987
- **SSN:** 
- **Sex:** Male
- **Race:** white
- **Nationality:** US
- **Place of Birth:** US
- Height: 
- Weight: 
- Hair: 
- Eyes: 
- Scars/Tattoos: 
- ☐ Interpreter  Language/Dialect: 
- Auto Description: 

### Location/Status:

- **Arrest Date:** 
- ☐ Already in Federal Custody as of:    in: 
- ☐ Already in State Custody
- ☐ On Pretrial Release
- ☒ Not in Custody
- ☒ Arrest Warrant Requested
- ☐ Fugitive
- ☐ Summons Requested
- ☐ Arrest Warrant Pending
- ☐ Detention Sought
- ☐ Bond

### Defense Counsel Information:

- **Name:** Abbe Lowell
- ☐ Court Appointed
- Counsel Conflicts: 
- **Address:** 1700 K Street, NW, Washington, D.C.
- ☒ Retained
- **Phone:** 202.282.5000
- ☐ Public Defender
- ☐ Federal Public Conflicted Out

### U.S. Attorney Information:

- **AUSA(s):** Gordon Kromberg
- **Phone:** 703-299-3700
- **Bar No.:** 33676

### Complainant Agency - Address & Phone No. or Person & Title:

FBI SA Laura Pino, 2600 Lord Baltimore Drive, Woodlawn, MD 21244; 410.277.6585

| U.S.C. Citations: | Code/Section | Offense Charged | Count(s) | Capital/Felony/Misd./Petty |
|---|---|---|---|---|
| Set 1: | 18 USC 793 | obtain, transmit defense information | 3 | felony |
| Set 2: | 18 USC 798 | disclose signal intelligence information | 1 | felony |

**Date:** 3/7/2019   **AUSA Signature:** [signature]   *may be continued on reverse*

**District Court Case Number (to be filled by deputy clerk):**

| U.S.C. Citations: | Code/Section | Offense Charged | Count(s) | Capital/Felony/Misd./Petty |
|---|---|---|---|---|
| Set 3: | 18 USC 641 | theft of government property | 1 | felony |
| Set 4: | | | | |
| Set 5: | | | | |
| Set 6: | | | | |
| Set 7: | | | | |
| Set 8: | | | | |
| Set 9: | | | | |
| Set 10: | | | | |
| Set 11: | | | | |
| Set 12: | | | | |
| Set 13: | | | | |
| Set 14: | | | | |
| Set 15: | | | | |
| Set 16: | | | | |
| Set 17: | | | | |
| Set 18: | | | | |
| Set 19: | | | | |
| Set 20: | | | | |
| Set 21: | | | | |
| Set 22: | | | | |
| Set 23: | | | | |
| Set 24: | | | | |
| Set 25: | | | | |

Print Form       Reset Form