

## IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF VIRGINIA

**Alexandria Division**

2019 MAY -9  A 8: 32

CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA | Case No. 1:19-CR-59 |
| v. | |
| DANIEL EVERETTE HALE, | |
| *Defendant.* | |

## <u>NOTICE</u>

The United States, through undersigned counsel, hereby notifies the Court that the defendant was arrested on May 9, 2019, in the Middle District of Tennessee pursuant to the arrest warrant issued in this case. By the terms of the Sealing Order filed on March 7, 2019, the Indictment may be treated as a public record.

Respectfully submitted,

G. Zachary Terwilliger
United States Attorney

By:      /s/
Alexander P. Berrang
Assistant United States Attorney
United States Attorney's Office
2100 Jamieson Avenue
Alexandria, Virginia 22314
Telephone (703) 299-3700
Facsimile (703) 299-3980



## IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF VIRGINIA

**Alexandria Division**

20.9 MAY -9  A  8: 32

CLERK U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

UNITED STATES OF AMERICA

v.

DANIEL EVERETTE HALE,

*Defendant.*

Case No. 1:19-CR-59

### NOTICE

The United States, through undersigned counsel, hereby notifies the Court that the defendant was arrested on May 9, 2019, in the Middle District of Tennessee pursuant to the arrest warrant issued in this case.  By the terms of the Sealing Order filed on March 7, 2019, the Indictment may be treated as a public record.

Respectfully submitted,

G. Zachary Terwilliger
United States Attorney

By:    /s/
Alexander P. Berrang
Assistant United States Attorney
United States Attorney's Office
2100 Jamieson Avenue
Alexandria, Virginia 22314
Telephone (703) 299-3700
Facsimile (703) 299-3980