**Criminal Case Cover Sheet**  FILED: REDACTED  **U.S. District Court**

**Place of Offense:**  ☒ Under Seal  Judge Assigned: O'Grady
City:  Superseding Indictment: x  Criminal No. 1:19-cr-59
County: Fairfax  Same Defendant:  New Defendant:
Magistrate Judge Case No.  Arraignment Date:
Search Warrant Case No.  R. 20/R. 40 From:

**Defendant Information:**
Defendant Name: Daniel Everette Hale  Alias(es):  ☐ Juvenile  FBI No.
Address: xxxxxx, Nashville, TN 37211
Employment:
Birth Date: x/x/1987  SSN:  Sex: Male  Race: white  Nationality: US
Place of Birth: US  Height:  Weight:  Hair:  Eyes:  Scars/Tattoos:
☐ Interpreter  Language/Dialect:  Auto Description:

**Location/Status:**
Arrest Date:  ☐ Already in Federal Custody as of:  in:
☐ Already in State Custody  ☐ On Pretrial Release  ☐ Not in Custody
☒ Arrest Warrant Requested  ☐ Fugitive  ☐ Summons Requested
☐ Arrest Warrant Pending  ☐ Detention Sought  ☐ Bond

**Defense Counsel Information:**
Name: Abbe Lowell  ☐ Court Appointed  Counsel Conflicts:
Address: 1700 K Street, NW, Washington, D.C.  ☒ Retained
Phone: 202.282.5000  ☐ Public Defender  ☐ Federal Public Conflicted Out

**U.S. Attorney Information:**
AUSA(s): Alexander Berrang/Gordon Kromberg  Phone: 703-299-3700  Bar No.

**Complainant Agency - Address & Phone No. or Person & Title:**
FBI SA Laura Pino, 2600 Lord Baltimore Drive, Woodlawn, MD 21244; 410.277.6585

| U.S.C. Citations: | Code/Section | Offense Charged | Count(s) | Capital/Felony/Misd./Petty |
|---|---|---|---|---|
| Set 1: | 18 U.S.C. § 793(c) | Obtaining National Defense Inform | 1 | Felony |
| Set 2: | 18 U.S.C. § 793(e) | Retention and Transmission of Nati | 2 | Felony |

Date: 05/08/2019  AUSA Signature: [signature]  *may be continued on reverse*

**District Court Case Number (to be filled by deputy clerk):** [ ]

| U.S.C. Citations: | Code/Section | Offense Charged | Count(s) | Capital/Felony/Misd./Petty |
|---|---|---|---|---|
| Set 3: | 18 U.S.C. § 793(e) | Causing the Communication of Nati | 3 | Felony |
| Set 4: | 18 U.S.C. § 798(a)(3) | Disclosure of Classified Communicat | 4 | Felony |
| Set 5: | 18 U.S.C. § 641 | Theft of Government Property | 5 | Felony |
| Set 6: | | | | |
| Set 7: | | | | |
| Set 8: | | | | |
| Set 9: | | | | |
| Set 10: | | | | |
| Set 11: | | | | |
| Set 12: | | | | |
| Set 13: | | | | |
| Set 14: | | | | |
| Set 15: | | | | |
| Set 16: | | | | |
| Set 17: | | | | |
| Set 18: | | | | |
| Set 19: | | | | |
| Set 20: | | | | |
| Set 21: | | | | |
| Set 22: | | | | |
| Set 23: | | | | |
| Set 24: | | | | |
| Set 25: | | | | |

[ Print Form ]     [ Reset Form ]