FID#: 10830704

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

**Under Seal**
**UNDER SEAL**

United States of America
v.
DANIEL EVERETTE HALE

Case No. 1:19-CR-59

RECEIVED UNITED STATES MARSHAL
2019 MAR -8 AM 10: 4
EASTERN DISTRICT OF VIRGINIA ALEXANDRIA DIVISION

*Defendant*

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* DANIEL EVERETTE HALE,

who is accused of an offense or violation based on the following document filed with the court:

✔ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Count 1: 18 U.S.C. § 793(c) Obtaining National Defense Information.
Count 2: 18 U.S.C. § 793(e) Retention and Transmission of National Defense Information.
Count 3: 18 U.S.C. § 793(e) Causing the Communication of National Defense Information.
Count 4: 18 U.S.C. § 798(a)(3) Disclosure of Classified Communications Intelligence Information.
Count 5: 18 U.S.C. § 641 Theft of Government Property.

Date: 3/7/19

_[signature]_
*Issuing officer's signature*

Kathy Bartell - Deputy Clerk
*Printed name and title*

City and state: _____

---

**Return**

This warrant was received on (date) 5/8/19, and the person was arrested on (date) 5/12/19
at (city and state) Nashville, TN.

Date: 5/12/19

_[signature]_
*Arresting officer's signature*

Ally Dusty
*Printed name and title*

For TN