## UNITED STATES DISTRICT COURT
### ** ARRAIGNMENT **

Case No.  1:19CR59                              Date: 05/17/2019
Court Time:  9:12 a.m. – 9:19 a.m.

DOCKET ENTRY:    **Arraignment**

U.S.A. vs. <u>Daniel Everette Hale</u>

PRESENT:   Honorable Liam O'Grady, U. S. District Judge
<u>A. Wachtendonck</u>, Deputy Clerk
<u>J. Egal</u>, Court Reporter
<u>Gordon Kromberg</u>, Asst. U. S. Attorney
<u>Todd Richman</u>, Attorney for Defendant
_____, Interpreter

**PROCEEDINGS:**

☒  Defendant is arraigned and specifically advised of rights.

☒  Defendant waives reading of indictment - WFA

☐  Indictment/Information read.

**PLEA:**     **NOT GUILTY ON ALL COUNTS**

☒  Defendant waived Speedy Trial and Court finds Speedy Trial to be waived - - Waiver of Speedy Trial entered in open Court.

CASE CONTINUED TO 07/12/2019 at **9:00 a.m.** FOR STATUS CONFERENCE

☒  **Discovery Order entered in open Court**

**Deft**   ☐ Remanded     ☒ Continued on Bond with modifications

- Mr. Richman requests that a Status Conference be set rather than a trial date at this time.
- Court modifies conditions based upon defendant's request.
- Order to follow.