IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

UNITED STATES OF AMERICA,

v.  Criminal Case No.: 1:19CR59

DANIEL EVERETTE HALE.

## ORDER

Upon motion of the defendant and for good cause shown, and with no objection by the Government, it is hereby ORDERED that the defendant's oral motion to amend his conditions of release is GRANTED and it is FURTHER ORDERED that Mr. Hale undergo a mental health evaluation as directed by his counsel and the Probation Office. As an additional condition, the defendant is not to consume excessive amounts of alcohol.

SO ORDERED.

_____
LIAM O'GRADY
UNITED STATES DISTRICT JUDGE

Entered this 17th day of May, 2019.

cc: All counsel