IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| UNITED STATES OF AMERICA | No. 1:19-CR-59 |
|---|---|
| v. | The Honorable Liam O'Grady |
| DANIEL EVERETTE HALE, | FILED UNDER SEAL |
| *Defendant.* | |

## ORDER

Upon the Motion of the United States and good cause having been shown, it is hereby ORDERED that:

(1) The U.S. Attorney's Office for the Eastern District of Virginia is authorized to provide sealed copies of the indictment returned on March 7, 2019, to the Federal Bureau of Investigation, as well as counsel for the ███████████████████████████████████████████████████████████████████████████████████████████████████████;

(2) The above-captioned matter and related court file shall remain under seal pursuant to, and on the conditions specified in, the Order entered on March 7, 2019; and

(3) The government's Motion and this Sealing Order shall be placed under seal until the indictment is unsealed.

Date: March 12, 2019
Alexandria, Virginia

The Honorable Liam O'Grady
U.S. District Court Judge