IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 1:19-cr-59 |
| | ) | Hon. Liam O'Grady |
| DANIEL E. HALE, | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION FOR PRO HAC VICE ADMISSION

Undersigned counsel for Daniel E. Hale pursuant to Local Rule 57.4, moves this Court to grant *pro hac vice* status to pro bono co-counsel Tor Ekeland, Esquire so that he can appear on behalf of the defendant at his upcoming court hearings. The undersigned states the following in support of this motion:

1. The defendant, Daniel Hale, is charged in a five count superseding indictment with, among other charges, theft of government property; and obtaining, retaining, and disclosing classified information. His arraignment was held on May 17, 2019, and a status conference has been scheduled for July 12, 2019.

2. Tor Ekeland is the managing partner at the law firm of Tor Ekeland Law, PLLC. He has been working pro bono on the defendant's case since June 2019. His law firm is a participating partner in the Federal Public Defender's Pro Bono Counsel Program. Mr. Ekeland has been supervised by the undersigned, who will be present in court with him at all of the defendant's court hearings.

3. Mr. Ekeland has been a partner at Tor Ekeland Law, PLLC since December 2011. Previously, he was a litigation associate at Sidley Austin LLP. He is a 2006

graduate of the Fordham University School of Law and is licensed to practice law in New York. Mr. Ekeland is admitted to practice before several federal courts, including the U.S. District Courts for the Eastern, Southern and Northern Districts of New York, and the Eastern and Southern Districts of Texas. Attached, is Mr. Ekeland's Application for *Pro Hac Vice* admission before the instant Court.

4. Given that Mr. Ekeland's work on the defendant's case is pro bono and done under the auspices of the Federal Public Defender's Pro Bono Counsel Program, the undersigned also moves for a waiver of the $75.00 *pro hac vice* fee.

Accordingly, for the foregoing reasons, it is respectfully requested that this motion be granted and that the Court enter the proposed attached order.

        Respectfully submitted,

        DANIEL E. HALE
        By Counsel

        _____/s/_____
        Todd M. Richman, Esq.
        Va. Bar No. 41834
        Cadence Mertz, Esq.
        Va. Bar No. 89750
        Assistant Federal Public Defenders
        Attorneys for Mr. Hale
        1650 King Street, Suite 500
        Alexandria, Virginia 22314
        (703) 600-0845 (T)
        (703) 600-0880 (F)
        Todd_Richman@fd.org (email)
        Cadence_Mertz@fd.org (email)

CERTIFICATE OF SERVICE

      I hereby certify that on June 11, 2019, I will electronically file the foregoing pleading with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing (NEF) to all counsel of record.

      Pursuant to the Electronic Case Filing Policies and Procedures, a courtesy copy of the foregoing pleading will be delivered to Chambers within one business day of the electronic filing.

                                                                                              s/
                                            Todd M. Richman, Esq.
                                            Va. Bar No. 41834
                                            Attorney for Mr. Hale
                                            Assistant Federal Public Defender
                                            1650 King Street, Suite 500
                                            Alexandria, Virginia 22314
                                            (703) 600-0845 (T)
                                            (703) 600-0880 (F)
                                            Todd_Richman@fd.org (email)