# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF VIRGINIA

U.S.A. vs. Daniel Everette Hale                                    Docket No. 1:19-CR-59

### Petition for Action on Conditions of Pretrial Release

COMES NOW, Michelle M Suleiman, PROBATION OFFICER, presenting an official report upon the conduct of defendant Daniel Everette Hale, who was placed under pretrial release supervision by the Honorable Liam O'Grady, United States District Court Judge sitting in the court at 401 Courthouse Square, Alexandria, Virginia, 22314, on May 17, 2019, under the following conditions:

- Submit to supervision by and report for supervision to Pretrial Services as directed;
- Continue or actively seek employment;
- Not obtain a passport or other international travel document;
- Travel is restricted to the Middle District of Tennessee and the Eastern District of Virginia unless approved in advance by Pretrial Services;
- Not possess a firearm, destructive device, or other dangerous weapon;
- Report as soon as possible, within 48 hours, to Pretrial Services, any contact with law enforcement personnel, including but not limited to any arrest, questioning, or traffic stop;
- Permit Pretrial Services to visit him at home or elsewhere and permit confiscation of any contraband observed in plain view;
- Undergo a mental health evaluation as directed by his counsel and the probation office; and -     Not     consume excessive amounts of alcohol.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:
On June 9, 2019, the defendant was arrested in Davidson County, Tennessee, and charged with misdemeanor Public Intoxication, which was dismissed on that same date. The defendant failed to report said arrest and charge to his probation officer.
On June 9, 2019, the defendant consumed alcohol excessively.

On June 11, 2019, the defendant failed to report for his scheduled probation office meeting.

On June 17, 2019, the defendant failed to attend his scheduled mental health assessment.

PRAYING THAT THE COURT WILL ORDER a SUMMONS for the defendant to show cause why his conditions of release should not be revoked.

**ORDER OF COURT** I declare under the penalty of perjury that the         foregoing is true and correct. Considered and ordered this 2ⁿ day of July, 2019 and ordered filed and made a part of the Executed on: July 1, 2019  records in the above case.

Michelle M Suleiman
U.S. Probation Officer

Liam O'Grady
United States District Court Judge

Place: Alexandria