# UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF VIRGINIA

**UNITED STATES OF AMERICA**

v.                          **STATUS CONFERENCE**

**DANIEL EVERETTE HALE**            Case No. 1:19CR59

HONORABLE LIAM O'GRADY, presiding      Time Called: 9:29 a.m.
Proceeding Held: July 19, 2019      Time Concluded: 9:38 a.m.
Deputy Clerk: Amanda      Court Reporter: N. Linnell

**Appearances:**

UNITED STATES OF AMERICA by:      Gordon Kromberg

DANIEL HALE in person and by:      Todd Richman

INTERPRETER: None      ☐ Interpreter Sworn

- Mr. Richman addresses the status conference first prior to addressing the pending violations.
- Jury trial scheduled for December 16, 2019 @ 10:00 a.m.
- Motions hearing scheduled for October 18, 2019 @ 9:00 a.m.
- Court continues conditions of bond as previously set.