IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | 1:19cr59 |
| v. | ) | |
| | ) | |
| DANIEL EVERETTE HALE | ) | |

Government's Notice Pursuant to Section 10
of the Classified Information Procedures Act

The United States submits this Notice pursuant to Section 10 of the Classified Information Procedures Act, Title 18, U.S. Code Appendix III, identifying the portions of the materials upon which it reasonably expects to rely to establish the national defense and classified information elements of the offenses charged in the Superseding Indictment.

The Superseding Indictment charges the defendant with obtaining national defense information, in violation of 18 U.S.C. § 793(c); retention and transmission of national defense information, in violation of 18 U.S.C. § 793(e); causing the communication of national defense information, in violation of 18 U.S.C. § 793(e); disclosure of classified communications intelligence information, in violation of 18 U.S.C. § 798(a)(3); and theft of government property, in violation of 18 U.S.C. § 641.

The Indictment alleges between on or about February 28, 2014, and May 14, 2014, while working as a contractor assigned to the National Geospatial-lntelligence Agency ("NGA"), in Springfield, Virginia, the defendant printed from his TOP SECRET computer 23 documents unrelated to his work.  At least 17 of these documents were provided to a Reporter and/or the Reporter's Online News Outlet, which published the documents in whole or in part between

October 2015 and August 2014. The eleven published documents listed below were marked as SECRET of TOP SECRET, and are the basis for Counts 1 to 4 of the Superseding Indictment (as well as part of the basis for Count 5):

| Document | Date Printed | Date of Initial Publication | Classification |
|---|---|---|---|
| A | February 28, 2014 | October 2015 | SECRET |
| B | February 28, 2014 | October 2015 | SECRET |
| C | February 28, 2014 | October 2015 | SECRET |
| D | February 28, 2014 | October 2015 | SECRET |
| E | February 28, 2014 | October 2015 | TOP SECRET |
| F | February 28, 2014 | October 2015 | SECRET |
| G | April 3, 2014 | April 2015 | TOP SECRET |
| I | April 20, 2014 | August 2014 | SECRET |
| J | April 20, 2014 | December 2015 | SECRET |
| K | April 20, 2014 | April 2015 | TOP SECRET |
| M | May 14, 2014 | August 2014 | SECRET |

The national defense information and classified materials upon which the government intends to rely to prove the charges are identified in the exhibit to this pleading. That exhibit clearly isolates the portions of each of the 11 documents listed above that contain the national defense information and classified materials upon which the government intends to prove the

charges.    Because the materials are classified SECRET or TOP SECRET, we have filed the exhibit with the Classified Information Security Officer.

                                      Respectfully submitted,

| | |
|---|---|
| John C. Demers | G. Zachary Terwilliger |
| Assistant Attorney General | United States Attorney |
| National Security Division | |
| United States Department of Justice | |

| | |
|---|---|
| _____/s_____ | _____/s_____ |
| Heather M. Schmidt | Gordon D. Kromberg |
| Senior Trial Attorney | Alexander P. Berrang |
| Counterintelligence-Export Control Section | Assistant United States Attorneys |
| National Security Division | Virginia Bar No. 33676 |
| United States Department of Justice | Attorneys for the United States |
| | 2100 Jamieson Avenue |
| | Alexandria, VA  22314 |
| | (703) 299-3700 |
| | (703) 837.8242 (fax) |
| | gordon.kromberg@usdoj.gov |

CERTIFICATE OF SERVICE

I hereby certify that on the 16th day of September 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to all attorneys of record.

                                          _____/s_____
                                          Gordon D. Kromberg
                                          Assistant United States Attorney
                                          Virginia Bar No. 33676
                                          Assistant United States Attorney
                                          Attorney for the United States
                                          2100 Jamieson Avenue
                                          Alexandria, VA  22314
                                          (703) 299-3700
                                          (703) 837.8242 (fax)
                                          gordon.kromberg@usdoj.gov