# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF VIRGINIA

## Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal No. 1:19cr59 |
| v. | The Honorable Liam O'Grady |
| DANIEL EVERETTE HALE, | Motions Hearing: October 18, 2019 |
| *Defendant.* | |

**Government's *In Camera*, *Ex Parte*, Under Seal Motion and Memorandum of Law for a Protective Order Pursuant to CIPA Section 4 and Fed. R. Crim. P. 16(d)(1)**