AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
### for the

| United States of America | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) |
| Daniel Everette Hale | ) |
| *Defendant* | ) |

Case No.    1:19-cr-59

## APPEARANCE OF COUNSEL

To:      The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Proposed Amicus Curiae The Reporters Committee for Freedom of the Press

Date:      09/23/2019

*Attorney's signature*

Jennifer A. Nelson (VA Bar # 94394)
*Printed name and bar number*

University of Virginia School of Law, First Amendment Clinic
580 Massie Road, Charlottesville VA 22903
*Address*

jn5g@virginia.edu
*E-mail address*

434-924-7354
*Telephone number*

434-924-4672
*FAX number*