# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# ALEXANDRIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | No. 1:19-cr-59 |
| v. ) | |
| ) | Hon. Liam O'Grady |
| DANIEL EVERETTE HALE, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## MOTION FOR ADMISSION PRO HAC VICE

I, Jennifer A. Nelson, of the University of Virginia School of Law First Amendment Clinic, 580 Massie Road, Charlottesville, Virginia 22903, hereby move to admit *pro hac vice* Gabriel Rottman of the University of Virginia School of Law First Amendment Clinic, 580 Massie Road, Charlottesville, Virginia 22903, for the purpose of acting as counsel for proposed amicus curiae the Reporters Committee for Freedom of the Press in the above-captioned matter. The required application is attached.

Respectfully submitted,

*/s/ Jennifer A. Nelson*
Jennifer A. Nelson
VA Bar No. 94394
University of Virginia School of Law
First Amendment Clinic
580 Massie Road
Charlottesville, VA 22903
Phone: 434.924.7354
jn5g@virginia.edu

2

**<u>CERTIFICATE OF SERVICE</u>**

      I hereby certify that the foregoing **MOTION FOR ADMISSION PRO HAC VICE** was filed with the Clerk of Court using the CM/ECF system.

This the 23rd day of September, 2019.

                                    */s/ Jennifer A. Nelson*_____
                                    Jennifer A. Nelson