IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | No. 1:19-cr-59 |
| v. | ) | |
| | ) | Hon. Liam O'Grady |
| DANIEL EVERETTE HALE, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**ORDER GRANTING CONSENT MOTION OF
THE REPORTERS COMMITTEE FOR FREEDOM OF THE PRESS
FOR LEAVE TO FILE BRIEF AS AMICUS CURIAE**

Upon consideration of the Consent Motion for Leave to File Brief of the Reporters Committee for Freedom of the Press as Amicus Curiae, it is hereby **ORDERED** as follows:

1. The Motion is **GRANTED**, and further

2. The proposed Brief of the Reporters Committee for Freedom of the Press as Amicus Curiae is hereby deemed filed in the above-captioned action.

**SO ORDERED** this ___24th___ day of ___Sept.___, 2019.

_____
HON. LIAM O'GRADY
United States District Court Judge