IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 1:19-cr-59 |
| | ) | |
| DANIEL EVERETTE HALE | ) | |

ORDER

The parties have submitted a proposed schedule for filings and hearings pursuant to the Classified Information Procedures Act (18 U.S.C. App. III). Having reviewed the proposed schedule, it is hereby ORDERED that the proposed schedule is approved as follows:

| | |
|---|---|
| 11/5/19 | Defendant to file CIPA Section 5 Notice regarding classified information the defense reasonably intends to disclose, or cause the disclosure of, at trial. |
| 12/20/19 | Government to respond to CIPA Defendant's Section 5 Notice and file motion(s) pursuant to CIPA Section 6(a) regarding the use, relevance or admissibility of classified information at trial. |
| 1/3/20 | Defendant to respond/reply to government's Section 6(a) motions and/or to response to Section 5 Notice. |
| 1/10/20 | Hearing on Section 5 Notice and Section 6(a) motions, at 2:00 p.m. |
| 1/30/20 | Government to file motions under Section 6(c) for substitutions or summaries. |
| 2/21/20 | Defendant to respond to Government motions under Section 6(c). |
| 2/28/20 | Hearing on 6(c) motions, at 2:00 p.m. |

As previously ordered, trial shall commence on March 16, 2020, at 10:00 a.m.

Date: September 27, 2019
Alexandria, VA

_____
The Honorable Liam O'Grady
United States District Judge