IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 1:19cr59 |
| | ) | |
| DANIEL EVERETTE HALE | ) | |

GOVERNMENT'S OPPOSITION TO DEFENDANT'S MOTION
TO DISMISS INDICTMENT FOR SELECTIVE AND VINDICTIVE PROSECUTION