IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | No. 1:19-cr-59 |
| v. ) | |
| ) | Hon. Liam O'Grady |
| **DANIEL EVERETTE HALE,** ) | |
| ) | Motion Hr'g: Oct. 18, 2019 |
| **Defendant.** ) | |

**REPLY IN SUPPORT OF MOTION TO DISMISS
FOR SELECTIVE AND VINDICTIVE PROSECUTION**

Filed with CISO.

    Respectfully submitted,

    DANIEL EVERETTE HALE

    By Counsel,
    Geremy C. Kamens
    Federal Public Defender

    By: ___/s/_____
    Todd M. Richman
    Va. Bar No. 41834
    Cadence A. Mertz
    Va. Bar No. 89750
    Counsel for Mr. Hale
    1650 King Street, Suite 500
    Alexandria, VA   22314
    703-600-0845 (tel)
    703-600-0880 (fax)
    Todd_Richman@fd.org

## **CERTIFICATE OF SERVICE**

      I hereby certify that on October 11, 2019, I filed the foregoing via the CM/ECF system, which will electronically serve a copy upon counsel of record.

                        /s/ Todd Richman
                        Todd M. Richman
                        Va. Bar No. 41834
                        Assistant Federal Public Defender
                        Office of the Federal Public Defender
                        1650 King Street, Suite 500
                        Alexandria, VA   22314
                        703-600-0845 (tel)
                        703-600-0880 (fax)
                        Todd_Richman@fd.org