IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | No. 1:19-cr-59 |
| v. ) | |
| ) | Hon. Liam O'Grady |
| DANIEL EVERETTE HALE, ) | |
| ) | |
| Defendant. ) | |

**DEFENSE NOTICE PURSUANT TO § 5 OF THE
CLASSIFIED INFORMATION PROCEDURES ACT**

FILED WITH CISO ON NOVEMBER 5, 2019.

Respectfully submitted,

DANIEL EVERETTE HALE

By Counsel,
Geremy C. Kamens
Federal Public Defender

By: /s/ Todd M. Richman
Todd M. Richman
Va. Bar No. 41834
Cadence A. Mertz
Va. Bar No. 89750
Assistant Federal Public Defenders
Office of the Federal Public Defender
1650 King Street, Suite 500
Alexandria, VA 22314
703-600-0840 (tel)
703-600-0880 (fax)
Cadence_Mertz@fd.org

**CERTIFICATE OF SERVICE**

      I hereby certify that on November 5, 2019, I filed the foregoing using the CM/ECF system, which will electronically serve a copy on counsel of record.

        /s/ Todd M. Richman
Todd M. Richman
Va. Bar No. 41834
Assistant Federal Public Defender
Office of the Federal Public Defender
1650 King Street, Suite 500
Alexandria, VA 22314
703-600-0845 (tel)
703-600-0880 (fax)
Todd_Richman@fd.org