IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | No. 1:19-cr-59 |
| v. | ) | |
| | ) | Hon. Liam O'Grady |
| DANIEL EVERETTE HALE, | ) | |
| | ) | |
| Defendant. | ) | |

**REPLY IN SUPPORT OF MOTION TO COMPEL
<u>PRODUCTION OF DOCUMENTS AND INFORMATION</u>**

FILED WITH CISO ON NOVEMBER 12, 2019.

       Respectfully submitted,

       DANIEL EVERETTE HALE

       By Counsel,
       Geremy C. Kamens
       Federal Public Defender

       By: <u>/s/ Todd M. Richman</u>
       Todd M. Richman
       Va. Bar No. 41834
       Cadence A. Mertz
       Va. Bar No. 89750
       Assistant Federal Public Defenders
       Office of the Federal Public Defender
       1650 King Street, Suite 500
       Alexandria, VA 22314
       703-600-0845 (tel)
       703-600-0880 (fax)
       Todd_Richman@fd.org

## CERTIFICATE OF SERVICE

      I hereby certify that on November 12, 2019, I filed the foregoing using the CM/ECF system, which will electronically serve a copy on counsel of record.

      /s/ Cadence Mertz
Cadence Mertz
Va. Bar No. 89750
Assistant Federal Public Defender
Office of the Federal Public Defender
1650 King Street, Suite 500
Alexandria, VA 22314
703-600-0840 (tel)
703-600-0880 (fax)
Cadence_Mertz@fd.org