# UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | MOTION HEARING |
| DANIEL EVERETTE HALE | Case No. 1:19CR59 |

HONORABLE LIAM O'GRADY, presiding　　　　　　　Time Called: 2:11 p.m.
Proceeding Held: November 15, 2019　　　　　　　　Time Concluded: 3:47 p.m.
Deputy Clerk: Amanda　　　　　　　　　　　　　　　Court Reporter: N. Linnell

**Appearances:**

| | |
|---|---|
| UNITED STATES OF AMERICA by: | Gordon Kromberg, Alex Berrang, Heather Schmidt |
| DANIEL HALE in person and by: | Todd Richman, Cadence Mertz, Ruth Vinson |
| INTERPRETER: None | ☐ Interpreter Sworn |

- Court withholds hearing arguments on certain motions that are premature at this time since discovery is not complete.
- Court informs counsel which motions will not be heard today.

[50] Defendant's Motion for Bill of Particulars
　　　- Counsel present arguments.
　　　- Motion denied without prejudice and may be renewed when discovery is complete.

[49] Government's Motion to Take Judicial Notice
　　　- Motion is unopposed.

[57] Government's Motion in Limine Concerning Challenges to Official Classification Determination
　　　- Counsel present arguments.
　　　- Court takes matter under advisement.

[86] Defendant's Motion to Compel Production of Documents and Information
　　　- Counsel present arguments.
　　　- Court takes matter under advisement.

[55] Defendant's Motion to Dismiss for Selective and Vindictive Prosecution
　　　- Counsel present arguments.
　　　- Court denies motion.

[84] Defendant's Motion to Compel Production of Grand Jury Materials
　　　- Counsel present arguments.
　　　- Court takes matter under advisement while awaiting submission by Government.

- Additional motions will be heard at the already scheduled motion hearing date of January 10, 2020 @ 2:00 p.m.