IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 1:19cr59 |
| | ) | |
| DANIEL EVERETTE HALE | ) | |

## ORDER TO UNSEAL

WHEREAS, on November 27, 2019, this Court issued an order resolving several outstanding motions (Dkt. 97);

WHEREAS, on December 3, 2019, this Court issued another order resolving an additional outstanding motion (Dkt. 98);

WHEREAS, the United States has now moved to unseal those documents on the grounds and the defendant does not oppose that motion;

WHEREAS, there is no longer any compelling government interest in keeping the orders under seal;

NOW, THEREFORE, IT IS ORDERED, ADJUDGED, and DECREED that the Orders issued by this Court in this case on November 27, 2019 (Dkt. 97) and December 3, 2019 (DKt. 98) be and hereby are unsealed.

Date: _____