IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>v. )<br>)<br>DANIEL EVERETTE HALE, )<br>)<br>                                       *Defendant*. )<br>) | Case No. 1:19-cr-59<br>Hon. Liam O'Grady |

## ORDER

This matter comes before the Court on the defendant's motion to compel production of grand jury materials. Dkt. 84. The motion was fully briefed, the Court heard argument on November 15, 2019, and has now reviewed the Government's *ex parte* submission *in camera*.

Upon review of the Government's submission, the defendant's motion to compel is hereby **DENIED** because the materials are consistent with the theories identified by the Government.

It is **SO ORDERED**.

December 11, 2019　　　　　　　　　　　　　　　　　　Liam O'Grady
Alexandria, Virginia　　　　　　　　　　　　　　　　　United States District Judge