IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal No.: 1:19-59 |
| | ) | |
| v. | ) | Filed *In Camera* and |
| | ) | Under Seal with the Classified |
| DANIEL EVERETTE HALE, | ) | Information Security Officer |
| | ) | |
| Defendant. | ) | |

**GOVERNMENT'S MOTION TO SUSPEND CIPA SCHEDULE AND REQUIRE DEFENDANT TO FILE A REVISED CIPA SECTION 5 NOTICE**