IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 1:19cr59 |
| | ) | |
| DANIEL EVERETTE HALE | ) | |

## NOTICE OF FILING OF CONSENT ORDER

The United States today filed with the Classified Information Security Officer a motion to suspend the CIPA schedule and require the defendant to file a revised CIPA Section 5 Notice.

Accompanying this Notice is a proposed Order in furtherance of that motion. Pursuant to that order, the defendant's response to our classified pleading filed earlier today still must be filed by January 3, 2020, and a hearing on the outstanding CIPA issues in this case still will be held on January 10, 2020. As noted in the classified filing, the defense does not oppose such a suspension of the CIPA schedule. For the reasons explained in the classified filing, the Court should enter the proposed order.

Respectfully submitted,

G. Zachary Terwilliger
United States Attorney

By: _____/s_____
Gordon D. Kromberg
Assistant United States Attorney
Virginia Bar No. 33676
Attorney for the United States
2100 Jamieson Avenue
Alexandria, VA  22314
(703) 299-3700
(703) 837.8242 (fax)
gordon.kromberg@usdoj.gov

CERTIFICATE OF SERVICE

This is to certify that on December 16, 2019, I electronically filed the foregoing NOTICE OF FILING OF CONSENT ORDER with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to counsel of record.

_____/s/_____
Gordon D. Kromberg
Assistant U.S. Attorney
United States Attorney's Office
2100 Jamieson Avenue
Alexandria, VA
Office Number: 703-299-3700
Facsimile Number:  703.299.3982
Email Address: Gordon.kromberg@usdoj.gov