# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF VIRGINIA

**UNITED STATES OF AMERICA**

v.                                                            **CIPA HEARING**

**DANIEL EVERETT HALE**                    Case No. 1:19CR59

---

HONORABLE LIAM O'GRADY, presiding          Time Called:  1:02 p.m.
Proceeding Held:  January 10, 2020          Time Concluded:  1:55 p.m.
Deputy Clerk:  Amanda                       Court Reporter:  S. Wallace

**Appearances:**

UNITED STATES OF AMERICA by:          Gordon Kromberg, Alex Berrang, Heather Schmidt

DANIEL HALE in person and by:          Todd Richman, Cadence Mertz Ruth Vinson

INTERPRETER:  None                     ☐ Interpreter Sworn

---

- Parties continue to work through Section 5 notice.
- Mr. Richman requests that the current trial date be removed from the court calendar.
- Court grants motion to continue trial. Jury trial rescheduled to June 22, 2020 @ 10:00 a.m.
- The CIPA hearing scheduled for February 28, 2020 @ 2:00 p.m. will be converted to a status conference to discuss further scheduling dates.
- Counsel present arguments on [106] Defendant's Motion to Compel.
- Government is to turn over requested material 75 days before trial.
- Counsel discuss documents.
- Court allows documents at issue re: Section 5, to be submitted in their complete form.
- Order to follow.

(Minutes docketed publicly with approval from M. P. - Security Officer)