IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 1:19cr59 |
| ) | |
| DANIEL EVERETTE HALE ) | |

GOVERNMENT'S <u>IN CAMERA</u>, <u>EX PARTE</u>, UNDER SEAL
MOTION AND MEMORANDUM OF LAW FOR A PROTECTIVE ORDER
PURSUANT TO CIPA SECTION 4 AND FED. R. CRIM. P. 16(d)(1)