IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **FILED *EX PARTE*** |
| | ) | |
| v. | ) | No. 1:19-cr-59 |
| | ) | |
| DANIEL EVERETTE HALE, | ) | Hon. Liam O'Grady |
| | ) | |
| Defendant. | ) | Status: Feb. 28, 2020 |

**DEFENSE'S *EX PARTE* OPPOSITION TO
GOVERNMENT'S CIPA § 4 MOTION FOR PROTECTIVE ORDER**

[Filed *ex parte* and under seal.]