IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | No. 1:19-cr-59 |
| v. | ) | |
| | ) | Hon. Liam O'Grady |
| DANIEL EVERETTE HALE, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF WITHDRAWAL OF PRO BONO COUNSEL

PLEASE TAKE NOTICE that Ruth Vinson, who previously noticed her appearance in this matter as pro bono counsel under the auspices of the Federal Public Defender's Pro Bono Counsel Program, hereby is withdrawn from this matter. The Office of the Federal Public Defender for the Eastern District of Virginia will continue in its role as lead counsel.

Respectfully submitted,

DANIEL EVERETTE HALE

By Counsel,
Geremy C. Kamens
Federal Public Defender

/s/ Cadence Mertz
Cadence A. Mertz
Va. Bar No. 89750
Todd M. Richman
Va. Bar No. 41834
Assistant Federal Public Defenders
Office of the Federal Public Defender
1650 King Street, Suite 500
Alexandria, VA  22314
703-600-0840 (tel)
703-600-0880 (fax)

Cadence_Mertz@fd.org

**CERTIFICATE OF SERVICE**

 I hereby certify that on February 21, 2020, I filed the foregoing via the CM/ECF system, which will electronically serve a copy upon counsel of record.

 /s/ Cadence Mertz
Cadence Mertz
Va. Bar No. 89750
Assistant Federal Public Defender
Office of the Federal Public Defender
1650 King Street, Suite 500
Alexandria, VA 22314
703-600-0840 (tel)
703-600-0880 (fax)
Cadence_Mertz@fd.org