IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 1:19cr59 |
| | ) | |
| DANIEL EVERETTE HALE | ) | |

## CONSENT MOTION TO ENTER SCHEDULING ORDER

By Order of September 27, 2019, this Court scheduled a hearing on Friday, February 28, 2020, at 2:00 p.m.  In light of the posture of the case, the parties believe that entry of another scheduling order is appropriate.  The parties have conferred, and agreed upon a draft order scheduling the CIPA Section 6(a) matters that remain in this case.  That proposed order is filed with this motion.

Entry of the proposed order may moot the need to hold the hearing on Friday, February 28, 2020, at 2:00 p.m.

Counsel for the defendant have authorized us to represent that they do join in this motion.

                                        Respectfully submitted,

                                        G. Zachary Terwilliger
                                        United States Attorney

By:      _____/s_____
          Gordon D. Kromberg
          Assistant United States Attorney
          Virginia Bar No. 33676
          Attorney for the United States
          2100 Jamieson Avenue
          Alexandria, VA  22314
          (703) 299-3700
          (703) 837.8242 (fax)
          gordon.kromberg@usdoj.gov

CERTIFICATE OF SERVICE

This is to certify that on February 25, 2020, I electronically filed the foregoing CONSENT MOTION TO ENTER SCHEDULING ODER with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to counsel of record.

                        _____/s/_____
                        Gordon D. Kromberg
                        Assistant U.S. Attorney
                        United States Attorney's Office
                        2100 Jamieson Avenue
                        Alexandria, VA
                        Office Number: 703-299-3700
                        Facsimile Number:  703.299.3982
                        Email Address: Gordon.kromberg@usdoj.gov