IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DANIEL EVERETTE HALE,<br><br>*Defendant.* | ***DO NOT PROVIDE TO***<br>***DANIEL EVERETTE HALE[1]***<br><br>Criminal No. 1:19cr59<br><br>The Honorable Liam O'Grady |

# GOVERNMENT'S *IN CAMERA*, UNDER SEAL MOTION PURSUANT TO CIPA SECTION 6(a) OF OBJECTIONS CONCERNING THE USE, RELEVANCE, AND ADMISSIBILITY OF CLASSIFIED INFORMATION NOTICED BY DEFENDANT PURSUANT TO CIPA SECTION 5[2]

---

[1]

[2]

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA | ***DO NOT PROVIDE TO*** <br> ***DANIEL EVERETTE HALE[1]*** |
| v. | Criminal No. 1:19cr59 |
| DANIEL EVERETTE HALE, <br> *Defendant.* | The Honorable Liam O'Grady |

# GOVERNMENT'S *IN CAMERA*, UNDER SEAL MOTION PURSUANT TO CIPA SECTION 6(a) OF OBJECTIONS CONCERNING THE USE, RELEVANCE, AND ADMISSIBILITY OF CLASSIFIED INFORMATION NOTICED BY DEFENDANT PURSUANT TO CIPA SECTION 5[2]

---

[1]

[2]