IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | 1:19cr59 |
| v. | ) | |
| | ) | |
| DANIEL EVERETTE HALE | ) | |

## NOTICE OF HEARING

PLEASE TAKE NOTICE that on Friday, May 22, 2020, at 11:00 a.m., the government will move the Court to admit an anonymous writing as an admission of the Defendant (Dkt.54), to exclude certain evidence, argument, and comment (Dkt. 56), and to allow redaction of certain exhibits (Dkt. 58).

By Order of November 27, 2019, this Court denied the motions referenced above without prejudice, on the grounds that trial was months away and discovery was both voluminous and ongoing. In its Order, however, the Court authorized the Government to renew the motions at a more appropriate time if cause exists.

The parties are now at a stage at which resolution of the outstanding issues is appropriate. The motions referenced above were filed with the Court in September 2019, and have been fully briefed by the parties. Moreover, the motions present some of the same issues that are presented in the Government's motion under CIPA Section 6. As a result, resolution of these motions (Dkts. 54, 56, and 58) may moot portions of the pending CIPA litigation. Accordingly, the United States now renews the motions to admit an anonymous writing as an admission of the

Defendant (Dkt.54), to exclude certain evidence, argument, and comment (Dkt. 56), and to allow redaction of certain exhibits (Dkt. 58).

                                                  Respectfully submitted,

                                                  G. Zachary Terwilliger
                                                  United States Attorney

                                                  _____/s_____
                                                  Gordon D. Kromberg
                                                  Assistant United States Attorney
                                                  Virginia Bar No. 33676
                                                  Assistant United States Attorney
                                                  Attorney for the United States
                                                  2100 Jamieson Avenue
                                                  Alexandria, VA  22314
                                                  (703) 299-3700
                                                  (703) 837.8242 (fax)
                                                  gordon.kromberg@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on the 24th day of March 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to all attorneys of record.

_____/s_____
Gordon D. Kromberg
Assistant United States Attorney
Virginia Bar No. 33676
Assistant United States Attorney
Attorney for the United States
2100 Jamieson Avenue
Alexandria, VA  22314
(703) 299-3700
(703) 837.8242 (fax)
gordon.kromberg@usdoj.gov