IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 1:19cr59 |
| | ) | |
| DANIEL EVERETTE HALE | ) | |

### GOVERNMENT'S NOTICE THAT CERTAIN INFORMATION IS NO LONGER AT ISSUE FOR PURPOSES OF CIPA SECTIONS 5 AND 6

On March 20, 2020, the Government filed its *In Camera*, Under Seal Motion Pursuant to CIPA Section 6(a) of Objections Concerning the Use, Relevance, and Admissibility of Classified Information Noticed by Defendant Pursuant to CIPA Section 5.  (Dkt. 130).  In footnote 14, on page 38 of that Motion, the Government stated that the Department of Defense ("DoD") was continuing to evaluate whether the information within Stipulations E, F, and H would be declassified at the time of trial.   On July 6, 2020, the United States notified the Court that it had submitted a supplemental declaration from DoD to support the continued classification of the information contained in Stipulation E.  (Dkt. 137)

This notice is to inform the Court that DoD has determined that the information contained in Stipulations F and H is currently classified, but will be declassified prior to trial.  Therefore, there will be no need to include Stipulations F and H in the CIPA Section 6(a) process.

                                          Respectfully submitted,

                                          G. Zachary Terwilliger
                                          United States Attorney

By:               /s/
                          Gordon Kromberg
                          Alexander P. Berrang
                          Assistant United States Attorneys

United States Attorney's Office
2100 Jamieson Avenue
Alexandria, Virginia 22314
Phone: (703) 299-3700
Fax: (703) 299-3981
Email: Gordon.Kromberg@usdoj.gov
Email: Alexander.P.Berrang@usdoj.gov

By: _____/s/_____
Heather M. Schmidt
Senior Trial Attorney
National Security Division
United States Department of Justice
950 Pennsylvania Avenue, NW
Washington, D.C. 20530
Tel.: (202) 233-2132
Fax: (202) 233-2146
Email: Heather.Schmidt@usdoj.gov

<u>Certificate of Service</u>

I hereby certify that on July 15, 2020 I electronically filed the foregoing GOVERNMENT'S NOTICE THAT CERTAIN INFORMATION IS NO LONGER AT ISSUE FOR PURPOSES OF CIPA SECTIONS 5 AND 6 with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to counsel of record.

                                                   /s/          .
Gordon D. Kromberg
Assistant United States Attorney
Virginia Bar No. 33676
Assistant United States Attorney
Attorney for the United States
2100 Jamieson Avenue
Alexandria, VA  22314
(703) 299-3700
(703) 837.8242 (fax)
gordon.kromberg@usdoj.gov