IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| v. | ) | No. 1:19-cr-59 |
| | ) | |
| **DANIEL EVERETTE HALE,** | ) | Hon. Liam O'Grady |
| | ) | |
| Defendant. | ) | CIPA Hr'g: Oct. 13, 2020 |

**MOTION TO COMPEL PRODUCTION OF UNREDACTED VERSION OF CLASSIFIED DOCUMENT (BATES NO. 13318 – 13325)**

FILED WITH CISO ON SEPTEMBER 1, 2020.

    Respectfully Submitted,

    DANIEL EVERETTE HALE
    By Counsel,

    Geremy C. Kamens
    Federal Public Defender

    /s/ Cadence Mertz
    Todd M. Richman
    Va. Bar No. 41834
    Cadence A. Mertz
    Va. Bar No. 89750
    Assistant Federal Public Defenders
    Office of the Federal Public Defender
    1650 King Street, Suite 500
    Alexandria, Virginia 22314

Telephone: (703) 600-0840
Facsimile: (703) 600-0880
Cadence_Mertz@fd.org

**CERTIFICATE OF SERVICE**

I hereby certify that on September 1, 2020, I filed the foregoing via the CM/ECF system, which will electronically serve a copy on counsel of record.

<u>/s/ Cadence Mertz</u>
Cadence A. Mertz
Va. Bar No. 89750
Assistant Federal Public Defender
Office of the Federal Public Defender
1650 King Street, Suite 500
Alexandria, Virginia 22314
Telephone: (703) 600-0840
Facsimile: (703) 600-0880
Cadence_Mertz@fd.org