Filed with the Classified Information Security Officer
CISO M. Anderson
Date 9/15/2020

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

*Ex Parte* and *In Camera*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | **FILED WITH CISO** |
| | ) | |
| v. | ) | Criminal No. 1:19cr59 |
| | ) | |
| DANIEL EVERETTE HALE, | ) | |
| | ) | |
| *Defendant.* | ) | |
| | ) | |

Government's *In Camera, Ex Parte*, Under Seal Response to Defense's Motion to Compel Production of Unredacted Version of Classified Document Bates No. 13318-13225