Filed with the Classified
Information Security Officer
CISO Meyers
Date 9/22/2020

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA

## Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal No. 1:19-CR-59 |
| v. | The Honorable Liam O'Grady |
| DANIEL EVERETTE HALE, | Section 6(a) Hearing: Oct. 13, 2020 |
| *Defendant.* | |

## REPLY TO DEFENDANT'S RESPONSE TO GOVERNMENT'S MOTION PURSUANT TO SECTION 6(a) OF THE CLASSIFIED INFORMATION PROCEDURES ACT