IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | No. 1:19-cr-59 |
| v. | ) | |
| | ) | Hon. Liam O'Grady |
| **DANIEL EVERETTE HALE,** | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S SUPPLEMENTAL MEMORANDUM
REGARDING GOVERNMENT'S MOTION PURSUANT TO § 6(A) OF THE
CLASSIFIED INFORMATION PROCEDURES ACT CONCERNING THE
USE, RELEVANCE AND ADMISSIBILITY OF INFORMATION NOTICED
<u>BY THE DEFENSE UNDER CIPA § 5</u>**

FILED WITH CISO ON OCTOBER 7, 2020.

Respectfully submitted,

DANIEL EVERETTE HALE

By Counsel,
Geremy C. Kamens
Federal Public Defender

By: /s/ Todd M. Richman
Todd M. Richman
Va. Bar No. 41834
Cadence A. Mertz
Va. Bar No. 89750
Assistant Federal Public Defenders
Office of the Federal Public Defender
1650 King Street, Suite 500
Alexandria, VA 22314
703-600-0845 (tel)
703-600-0880 (fax)
Todd_Richman@fd.org

**CERTIFICATE OF SERVICE**

      I hereby certify that on October 7, 2020, I filed the foregoing using the CM/ECF system, which will electronically serve a copy on counsel of record.

                                        /s/ Todd M. Richman
                                        Todd M. Richman
                                        Va. Bar No. 41834
                                        Assistant Federal Public Defender
                                        Office of the Federal Public Defender
                                        1650 King Street, Suite 500
                                        Alexandria, VA 22314
                                        703-600-0845 (tel)
                                        703-600-0880 (fax)
                                        Todd_Richman@fd.org