IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | **FILED DIRECTLY WITH THE COURT** |
| | ) | |
| v. | ) | Criminal No. 1:19cr59 |
| | ) | |
| DANIEL EVERETTE HALE, | ) | |
| | ) | |
| *Defendant.* | ) | |
| | ) | |

Government's Classified Supplemental Response to Defendant's Memorandum Regarding *U.S. v. Squillacote* and National Defense Information