# IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF VIRGINIA

### Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal No. 1:19-Cr-59 |
| v. | The Honorable Liam O'Grady |
| DANIEL EVERETTE HALE, | |
| *Defendant.* | |

Government's Third <u>In Camera</u>, <u>Ex Parte</u>, Under Seal
Motion and Memorandum of Law for a Protective Order
Pursuant to CIPA Section 4 and Fed. R. Crim. P. 16(d)(1)