

UNITED STATES OFFICE OF PERSONNEL MANAGEMENT
Washington, DC 20415



National Background
Investigations
Bureau

## CERTIFICATE OF TRUE AND CORRECT COPIES

As a custodian of records, I, Charles Watters, Executive Program Manager of the Freedom of Information and Privacy Act office, Federal Investigative Services, Office of Personnel Management, hereby certify that a copy of the Standard Form 86 and signed Certification submitted on August 28, 2009, by Daniel Everette Hale, consisting of 53 pages, mailed to the attention of Assistant United States Attorney Gordon D. Kromberg, United States Department of Justice on August 6, 2019, is a true and correct copy of the records from the Office of Personnel Management, Personnel Investigations records system.

8/6/19
Date

Charles Watters
Executive Program Manager
Freedom of Information and Privacy Act office
Federal Investigative Services
U.S. Office of Personnel Management

www.opm.gov    Recruit, Retain and Honor a World-Class Workforce to Serve the American People



GOVERNMENT EXHIBIT 419-A



**UNITED STATES OFFICE OF PERSONNEL MANAGEMENT**
Washington, DC 20415



National Background
Investigations
Bureau

August 6, 2019

U.S. Department of Justice
Attention: AUSA Gordon D. Kromberg
2100 Jamieson Avenue
Alexandria, VA  22314

Re: Hale, Daniel Everette   SSN: 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

Dear Assistant United States Attorney Kromberg:

This is in reference to your August 2, 2019, email requesting a copy of the Standard Form 86 (SF-86) from the investigative file of Mr. Daniel Everett Hale, maintained by the National Background Investigations Bureau (NBIB). Your request indicates the document will be used in the case of *United States of America v. Daniel Everette Hale, Criminal No. 1:19-CR-59.*

**The enclosed material is being released under routine use "l" from the OPM Central 9 system of records (U.S.C-§552a) for background investigation records. Routine use "l" reads as:**

> *To disclose information to another Federal agency, to a court, or a party in litigation before a court or in an administrative proceeding being conducted by a Federal agency, when the Government is a party to the judicial or administrative proceeding. In those cases where the Government is not a party to the proceeding, records may be disclosed if a subpoena has been signed by a judge.*

**The enclosed records may not be re-disclosed for any other purpose unless coordination is made with the NBIB Freedom of Information and Privacy Act office.**

We are providing you a copy the requested SF86 from Mr. Hale's investigative file. We have redacted Mr. Hale's personal financial account numbers, pursuant to the Right to Financial Privacy Act of 1978. To protect Mr. Hale's personal identifiable information (PII) we have partially redacted his social security number, date of birth and military service number and completely redacted his selective Service registration number and his mother's maiden name. We have also redacted third party (subject's parents and siblings) PII to ensure privacy protections to the third parties.

AUSA Gordon D. Kromberg  2
Re: Hale, Daniel Everette

If you have any questions regarding this response, you may contact me directly at 724-794-5612, extension 5296, or email me at Nancy.Craig@nbib.gov. Please reference tracking number 2019-17978.

Sincerely,

*Nancy E. Craig*

Nancy E. Craig
FOI/PA Specialist

Enclosures