IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Case No. 01cr19:59 |
| v. | ) | |
| | ) | |
| DANIEL EVERETTE HALE | ) | |

**CERTIFICATE OF AUTHENTICITY OF CERTIFIED PUBLIC RECORDS
PURSUANT TO FEDERAL RULE OF EVIDENCE 902(4)**

I, **Kimberly Reese**, attest under penalties of perjury (or criminal punishment for false statement or false attestation) that I am employed by **Dept of the Air Force** (public agency), and that my official title is **Chief, Records Mgmt Branch**. I am a custodian of records for such agency, and/ or am otherwise authorized to make this certification. I state that each of the records attached hereto (and numbered 20023-20026, 20028-20029, 20038-20048, 20050-20074, 20077-20078, and 20080-20095) is a true duplicate of the official personnel records in the custody of **Dept of the Air Force** (public agency) of Daniel Everette Hale.

I further state that this certification is intended to satisfy Rule 902(4) of the Federal Rules of Evidence.

**13 Nov 2020**
Date

*Kimberly Reese*, Chief Records Mgmt Branch
Name and Title


GOVERNMENT EXHIBIT
420-A