## CERTIFICATE OF AUTHENTICITY OF DATA COPIED
## FROM AN ELECTRONIC DEVICE AND STORAGE MEDIUM PURUSANT TO
## FEDERAL RULE OF EVIDENCE 902(14)

I, Chad Baynar, hereby declare and certify:

1. I am over 18 years of age, and I am currently employed by the Federal Bureau of Investigation as an Information Technology Specialist/Forensic Examiner (ITS/FE). I have been employed by the FBI for over 30 years and as a FE since November 2009, 11 years.

2. As a ITS/FE with the FBI, I specialize in digital forensics, and I am responsible for conducting digital forensic examinations in support of criminal investigations. I have extensive training and experience in both making images of digital devices (*e.g.*, computer hard drives, external storage devices, thumb drives, and CDs/DVDs) extracting data from digital devices (*e.g.*, mobile phones), and examining and reporting relevant information found on such devices to criminal investigators and the U.S. Attorney's Office. In particular, I have attended trainings from Access Data, SANS, and FBI on imaging devices. I have conducted over 300 forensic examinations of digital devices in the course of my career, and I have made more than 300 images of, or extractions from, digital devices, including computers, external storage devices, and mobile phones.

3. In addition, I am proficient in the use of commercial forensic software, such as the software used during the course of this investigation: TABEAU TD3.

4. I am qualified to authenticate the digital images referenced in this Paragraph because of my experience and training, and because I created the digital images listed below:

| Original Device | Date of Image | Image Identifier |
|---|---|---|
| OCZ Technology hard drive (S/N:A19D3011238000341) | 08/09/2014 | HQB000173 |


GOVERNMENT EXHIBIT 429

| Original Device | Date of Image | Image Identifier |
|---|---|---|
| OCZ Technology hard drive (S/N: A22BF011413004152) | 08/09/2014 | HQB000174 |

5. The devices referenced above were imaged using specialized forensic tools and software. In my training and experience, forensic software and tools create accurate and reliable images of digital devices, and I have regularly relied on these tools to create accurate and reliable images of digital devices.

6. When imaging the devices referenced in Paragraph 4, a "write blocker" was used, which is a piece of equipment or software that is especially designed to prevent the imaging process from changing or otherwise affecting any of the data on the device. Specifically, a TD3 was used to write block the devices. Because write protection was used, I know that the original digital devices were not altered during the imaging process.

7. When the initial images of the digital devices listed in Paragraph 4 were created, a hash and a verification hash were obtained to confirm that the images were exact duplicates of the original digital devices. A hash is essentially a digital fingerprint of electronic evidence. If a single bit or character on a drive or other digital file is changed, the hash value of the entire drive will change. Because the hash of the original digital devices and the hash of the images were identical, I know that the images I created were exact duplicates of the original devices.

8. Based on my training, experience, and my regular use of the tools and methods of imaging described above, I know that the imaging process created true duplicates of the original devices identified in Paragraph 4.

I declare, under penalty of perjury under the laws of the United States of America pursuant to 28 U.S.C. § 1746, that the foregoing information is true and correct. I further state that this certification is intended to satisfy Rule 902(14) of the Federal Rules of Evidence.

Executed this 12th day of November in 2020.

_____
Chad Baynar