FROM U. S. ATTY OFC  (TUE) 9. 2'14 15:27/ST. 15:26/NO. 4864613909 P 4

### CERTIFICATE OF AUTHENTICITY OF DOMESTIC BUSINESS RECORDS PURSUANT TO FEDERAL RULE OF EVIDENCE 902(11)

I, _Taneishia Riley_ (name), attest under penalties of perjury (or criminal punishment for false statement or false attestation) that I am employed by _Verizon Wireless_ (business), and that my official title is _Coordinator_ (title). I am a custodian of records for such business entity. I state that each of the records attached hereto is the original record or a true duplicate of the original record in the custody of _Verizon Wireless_ (business), and that I am the custodian of the attached records consisting of _1 CD_ pages. I have provided the following records to the United States:

_Subscriber & tolls for 423-845-3110_

I further state that:

A. all records attached to this certificate were made at or near the time of the occurrence of the matters set forth, by, or from information transmitted by, a person with knowledge of those matters;

B. such records were kept in the course of a regularly conducted business activity of _Verizon Wireless_ (business); and

C. such records were made by _Verizon Wireless_ (business) as a regular practice.

I further state that this certification is intended to satisfy Rule 902(11) of the Federal Rules of Evidence.

_Taneishia L. Riley_
(Signature)

_Sept 12, 2014_
(Date)

_180 Washington Valley Rd Bedminster NJ 07921_
(Address)

_(800)-451-5242_
(Phone)

14-1 / 14GJ2831 / 14-3285

GOVERNMENT EXHIBIT 620-C