Google Inc.
1600 Amphitheatre Parkway
Mountain View, California 94043




USLawEnforcement@google.com
www.google.com

## CERTIFICATE OF AUTHENTICITY

I hereby certify:

1. I am employed by Google Inc. ("Google"), located in Mountain View, California. I am authorized to submit this affidavit on behalf of Google. I have personal knowledge of the following facts, except as noted, and could testify competently thereto if called as a witness.

2. Google provides Internet-based services to its subscribers, including Gmail, its free email service. Google does not verify any personal information that is submitted by a user at the time of a Gmail account creation.

3. Attached is a true and correct copy of 1 DVD of data pertaining to the Google account-holder(s) identified as *DANIELEVERETTEHALE, IAMSENSEI,* with Internal Ref. No. 485073 ("Document"). Accompanying this Certificate of Authenticity as Attachment A is a list of hash values corresponding to each file.

4. The Document attached hereto is a record made and retained by Google. Google servers record this data automatically at the time, or reasonably soon after, it is entered or transmitted by the user, and this data is kept in the course of this regularly conducted activity and was made by regularly conducted activity as a regular practice of Google.

5. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

[signature]

(Signature of Records Custodian)

Date: August 26, 2014

Benjamin Paul Kuslits
(Name of Records Custodian)

GOVERNMENT EXHIBIT 701-A

Google Inc.
1600 Amphitheatre Parkway
Mountain View, California 94043




USLawEnforcement@google.com
www.google.com

**Attachment A: Hash Values for Production Files (Internal Ref. No. 485073)**

danieleverettehale.AccountInfo.txt:

MD5- 0d41401bf7be297888c8c4dfa908c93c
SHA512-
a8c3bfe695d01578f9a083edd758fd7592c46fdec34a02d4f20c00c18ce7cd5bcb38bacb34bfe2c0b2
daa68b5d084cb3377858f0ce49024ccbc33538ba65feef

danieleverettehale.AccountInfo_Preserved.txt:

MD5- ee38e2a0adb9aa16c623277313004b7d
SHA512-
8cc37c73e095fe74287dc11c5810e91ba3d246a95723d0881ea9ac00800907fc9466c64ab9beeba3d
9bb97802faaa3098dc672bc05b47846055733d0db65c462

danieleverettehale.Albums.zip:

MD5- 9af31ce93206b5d19b33a6fa6b525890
SHA512-
b2d0d6e9772ad9952cad09dc93797b6098f00a68272fd1629ae8994ac63c3a2cf2843e96bdf531e1c
678502f5eb3d2f059caad4d896546a65ef564d1da925ad7

danieleverettehale.Calendar.Events.zip:

MD5- a869d797168768b05b5820eebe4b7f96
SHA512-
0d35be6a12811c76a596c2ff3bab2a14c3e54f4a287abf0e697f68c096d28573fdb0f58d61e332699c
b47a7cc2fe05a3c6d64d30e6562d0967ed0539adcd00de

danieleverettehale.Drive.zip:

MD5- 0d0b96372c5d2975d5a2d309d37bb461
SHA512-
346cbcd12dd7053bf992fe23a836fe674e420b0ab58ea7429fb9723f2a86b2679e8cf01e2713593dfc
ab1a23d4c7e68b40f3d3b577a6c5f787b40eac9a222c63

danieleverettehale.Gmail.Contacts.vcf:

MD5- 4fdbc6d7a7aef6730d077aff3ff3c35c
SHA512-
4f3a6db856e25f7fc35d773ae5a6d6877d92dc4cbdad31bf10f67b6ebaa004fba7c3e853bc2f2f88df6
8c053557a50de16569282df399c40eaedbfec5665a15c

danieleverettehale.Gmail.Contacts_Preserved.vcf:

Google Inc.
1600 Amphitheatre Parkway
Mountain View, California 94043




USLawEnforcement@google.com
www.google.com

MD5- 03175b2ec0068be9ed232dd3cd12046c
SHA512-
0ccd4741d50d24cf40ef4fc8577c580508fdecda0cd17bb2c4177c231557ec2752ecedf3da8c7d8497
87d469197a83d2588bfa69e4a240268b4eacd910b818c9

danieleverettehale.Photos.zip:

MD5- e39bc676f64d1a4ca2abdf30ded41563
SHA512-
35095fa1e06a2fcfc1b438cc3896d88d1367f1d8717c1446d5e8fb77f99540fc79c94675daf36cf7e55
e97c15c073f050c92a4a092a1af232d8e8a12f8a274af

danieleverettehale@gmail.com.Gmail.Content.mbox:

MD5- 02bee952a4ff279890ea953c4f2cfde4
SHA512-
fc100527389bf6a70b84bf44f78396db4f5f34d49f92e844e981377c16584e67088884dcc49ce3f061
b7ddb471d4034e7c08b3c332fcdb27146c81e5543d002f

danieleverettehale@gmail.com.Gmail.Content_Preserved.mbox:

MD5- 2f47fe39175ae31bd7d5db26272e3405
SHA512-
2f5527f855ebc217a30dab7b8ee5669a999a086dffe4af361065c9cf1c708f645b53a1214a8e6552f26
7fa5672a1d3a389293dccad080b7311eaca0c09d8c449

iamsensei.AccountInfo.txt:

MD5- 48330dec6ab36f75029d0f9eeb3ccc33
SHA512-
25d283166457175716644c063f46c3fa0b37498f9b612b21cf51dfac635dd3ca2c810d6efb326a86ff
bff59d310238692edfc5c3e3303516c8155e244aca3916

iamsensei.AccountInfo_Preserved.txt:

MD5- 5fbd93e271608a2f91967c46c8123f85
SHA512-
b0717cf8740eb5d150bcc6e7a3c51468364e3f7e90fce0ced1de2cb91575b01cc22f70a1e0746d64b2
9bbe3e5e45baaaed6faf42dddc0a8c59ea95807a4da79e

iamsensei.Gmail.Contacts.vcf:

MD5- d41d8cd98f00b204e9800998ecf8427e
SHA512-
cf83e1357eefb8bdf1542850d66d8007d620e4050b5715dc83f4a921d36ce9ce47d0d13c5d85f2b0ff

Google Inc.
1600 Amphitheatre Parkway
Mountain View, California 94043



USLawEnforcement@google.com

www.google.com

8318d2877eec2f63b931bd47417a81a538327af927da3e

iamsensei.Gmail.Contacts_Preserved.vcf:

MD5- d41d8cd98f00b204e9800998ecf8427e
SHA512-
cf83e1357eefb8bdf1542850d66d8007d620e4050b5715dc83f4a921d36ce9ce47d0d13c5d85f2b0ff
8318d2877eec2f63b931bd47417a81a538327af927da3e


Google Confidential and Proprietary
August 26, 2014
Search Warrant
Internal Ref: 485073