IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) Case No. 1:19cr59 |
| v. | ) |
| | ) |
| DANIEL EVERETTE HALE | ) |

**CERTIFICATE OF AUTHENTICITY OF DOMESTIC BUSINESS RECORDS PURSUANT TO FEDERAL RULE OF EVIDENCE 902(11)**

I, Tracy M. Thornton, attest under penalties of perjury (or criminal punishment for false statement or false attestation) that I am employed by the National Geospatial-Intelligence Agency, and that my official title is Branch Chief/Supervisory Adjudicator. I am a custodian of records for such business entity. I state that each of the records attached hereto (and numbered 20000 through 20004) is the original record or a true duplicate of the original record in the custody of the National Geospatial-Intelligence Agency, and that I am the custodian of the attached records consisting of 5 pages.

I further state that:

    A.    All records attached to this certificate were made at or near the time of the occurrence of the matters set forth, by, or from information transmitted by, a person with knowledge of those matters;

    B.    Such records were kept in the course of a regularly conducted business activity of the National Geospatial-Intelligence Agency; and

    C.    Such records were made by the National Geospatial-Intelligence Agency as a regular practice.

I further state that this certification is intended to satisfy Rule 902(11) of the Federal Rules of Evidence.

10/13/2020
Date

Signature


GOVERNMENT EXHIBIT 707