IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Case No. 1:19cr59 |
| v. | ) | |
| | ) | |
| DANIEL EVERETTE HALE | ) | |

**CERTIFICATE OF AUTHENTICITY OF DOMESTIC BUSINESS RECORDS
PURSUANT TO FEDERAL RULE OF EVIDENCE 902(11)**

I, Phillip J. Holland, attest under penalties of perjury (or criminal punishment for false statement or false attestation) that I am employed by the National Security Agency, and that my official title is Chief of Information Security Management.   I am a custodian of records for such business entity.   I state that each of the records attached hereto (numbered 20008 and 20013-20016) are the original record or a true duplicate of the original record in the custody of the National Security Agency, and that I am the custodian of the attached records consisting of five (5) pages.

I further state that:

A.   All records attached to this certificate were made at or near the time of the occurrence of the matters set forth, by, or from information transmitted by, a person with knowledge of those matters;

B.   Such records were kept in the course of a regularly conducted business activity of the National Security Agency; and

C.   Such records were made by the National Security Agency as a regular practice.

I further state that this certification is intended to satisfy Rule 902(11) of the Federal Rules of Evidence.

10/13/2020
_____
Date

*Phillip Holland*
_____
Signature


GOVERNMENT
EXHIBIT

708