Filed with the Classified Information Security Officer
CISO M. Peters
Date 11/30/2020

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | **FILED WITH CISO** |
| | ) | |
| v. | ) | Criminal No. 1:19cr59 |
| | ) | |
| DANIEL EVERETTE HALE | ) | |

EXHIBITS 202, 204 and 205B to

GOVERNMENT'S MOTION *IN LIMINE* TO ADMIT CERTAIN TRIAL EXHIBITS