IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 1:19cr59 |
| | ) | |
| DANIEL EVERETTE HALE | ) | |

CONSENT PROTECTIVE ORDER
REGARDING SENSITIVE SECURITY INFORMATION

WHEREAS, the document identified in the Superseding Indictment as Document T contains Sensitive Security Information ("SSI"), as defined in 49 C.F.R. Part 1520;

WHEREAS, there is no allegation that Document T ever was published in the media;

WHEREAS, the SSI contained in Document T must be protected from public disclosure in accordance with 49 C.F.R. Part 1520; and

WHEREAS, the United States has moved for an order to protect SSI and represents that counsel for the defense does not oppose entry of this Order;

NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:

1. Pursuant to 49 C.F.R. Part 1520, the parties may refer at trial to Document T and its subject matter in general terms, but no party may mention in open Court any specific information contained in Document T, whether that information appears in the document itself, or in any exhibit containing any part of Document T.

2. Document T may be shown to the jury, but will not be displayed on any monitor for the public.

*United States v. Hale*, No. 1:19cr59
Consent Protective Order Regarding Sensitive Security Information
Page 2

3. The exhibit(s) that contain some or all of Document T shall be maintained under seal.

January 28, 2021

/s/
Liam O'Grady
United States District Judge