IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | 1:19cr59 |
| v. | ) | |
| | ) | |
| DANIEL EVERETTE HALE | ) | |

<u>NOTICE OF HEARING</u>

PLEASE TAKE NOTICE that on Thursday, February 25, 2021, at 10:00 a.m., the government will move the Court to hear its First Supplemental Motion in Limine to Admit Certain Business Records (Dkt. 182), and allow authentication by certificate.

.

Respectfully submitted,

Raj Parekh
Acting United States Attorney

_____/s_____
Gordon D. Kromberg
Assistant United States Attorney
Virginia Bar No. 33676
Assistant United States Attorney
Attorney for the United States
2100 Jamieson Avenue
Alexandria, VA  22314
(703) 299-3700
(703) 837.8242 (fax)
gordon.kromberg@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on the 12th day of February 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to all attorneys of record.

                                                          /s/
Gordon D. Kromberg
Assistant United States Attorney
Virginia Bar No. 33676
Assistant United States Attorney
Attorney for the United States
2100 Jamieson Avenue
Alexandria, VA  22314
(703) 299-3700
(703) 837.8242 (fax)
gordon.kromberg@usdoj.gov