Events on February 28, 2014                    GX 301-ABCDEF

| Time (Eastern Standard Time) | Badge Read at NGA | Events on Unclassified Network - Hale Account | Events on Classified Network - Hale Account | NGA Print Jobs | Exhibit |
|---|---|---|---|---|---|
| 7:28:10 am | ACP2 EM303 Lane 3 | | | | GX 413 |
| 7:33:51 am | Door PN107-DA | | | | GX 413 |
| 7:34:49 am | Door E16009D-A | | | | GX 413 |
| 7:36:38 am | Door S61100E | | | | GX 413 |
| 7:42:53 am | | Logged-on | | | GX 414 |
| 7:42:54 am | | Logged-on | | | GX 414 |
| 8:02:15 am | | locked | | | GX 414 |
| 8:04:02 am | Door S61100E | | | | GX 413 |
| 8:04:52 am | | unlocked | | | GX 414 |
| 8:34:04 am | | locked | | | GX 414 |
| 8:37:26 am | | unlocked | | | GX 414 |
| 9:00:20 am | | | unlocked | | GX 414 |
| 9:15:25 am | | | locked | | GX 414 |
| 9:20:33 am | | locked | | | GX 414 |
| 9:23:07 am | Door S61100E | | | | GX 413 |
| 9:24:03 am | | unlocked | | | GX 414 |
| 9:38:37 am | | locked | | | GX 414 |
| 10:02:06 am | | unlocked | | | GX 414 |
| 10:45:59 am | | | unlocked | | GX 414 |
| 11:09:04 am | | locked | | | GX 414 |
| 11:11:56 am | Door S61100E | | | | GX 413 |
| 11:12:50 am | | unlocked | | | GX 414 |
| 11:21:09 am | | | locked | | GX 414 |
| 12:16:00 pm | | locked | | | GX 414 |
| 12:38:04 pm | | unlocked | | | GX 414 |
| 2:27:14 pm | | locked | | | GX 414 |
| 2:58:24 pm | | unlocked | | | GX 414 |
| 3:02:06 pm | | | unlocked | | GX 414 |
| 3:50:51 pm | | locked | | | GX 414 |
| 3:54:16 pm | Door S61100E | | | | GX 413 |
| 3:59:28 pm | Door S61100E | | | | GX 413 |
| 4:00:39 pm | | unlocked | | | GX 414 |
| 4:07:01 pm | | locked | locked | | GX 414 |
| 4:09:14 pm | | | unlocked | | GX 414 |
| 4:10:22 pm | | unlocked | | | GX 414 |
| 4:34:47 pm | | locked | | | GX 414 |
| 4:53:16 pm | | unlocked | | | GX 414 |
| 5:28:59 pm | | | locked | | GX 414 |
| 5:29:05 pm | | locked | | | GX 414 |
| 5:31:16 pm | Door S61100E | | | | GX 413 |
| 5:32:02 pm | | | unlocked | | GX 414 |
| 5:36:33 pm | | | locked | | GX 414 |
| 5:37:50 pm | | | unlocked | | GX 414 |

| Time | | | | | |
|---|---|---|---|---|---|
| 5:37:50 pm | | | unlocked | | GX 414 |
| 5:38:30 pm | | unlocked | | | GX 414 |
| 5:55:44 pm | | locked | | | GX 414 |
| 6:00:09 pm | | unlocked | | | GX 414 |
| 6:00:39 pm | | locked | | | GX 414 |
| 6:02:34 pm | | unlocked | | | GX 414 |
| 6:09:49 pm | | | | A | GX 417 GX A2 |
| 6:18:17 pm | | locked | | | GX 414 |
| 6:19:51 pm | | | | B | GX 417 GX B2 |
| 6:20:28 pm | | | | C | GX 417 GX C2 |
| 6:21:03 pm | | | | D | GX 417 GX D2 |
| 6:21:44 pm | | | | E | GX 417 GX E2 |
| 6:22:33 pm | | unlocked | | | GX 414 |
| 6:27:18 pm | | | | F | GX 417 GX F2 |
| 6:28:31 pm | | locked | | | GX 414 |
| 6:43:13 pm | | | locked | | GX 414 |
| 8:06:25 pm | Door S61100E | | | | GX 413 |
| 8:55:55 pm | | | unlocked | | GX 414 |
| 9:00:00 pm | Door E16009D-B | | | | GX 413 |
| 9:01:05 pm | Door PN107-CB | | | | GX 413 |