IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | 1:19cr59 |
| v. | ) | |
| | ) | |
| DANIEL EVERETTE HALE | ) | |

NOTICE OF HEARING

PLEASE TAKE NOTICE that on Thursday, February 25, 2021, at 10:00 a.m., the government will move the Court to hear its Motion to Admit Summary Charts in Lieu of Admission of the Underlying Summarized Documents.

Respectfully submitted,

Raj Parekh
Acting United States Attorney

_____/s_____
Gordon D. Kromberg
Assistant United States Attorney
Virginia Bar No. 33676
Assistant United States Attorney
Attorney for the United States
2100 Jamieson Avenue
Alexandria, VA  22314
(703) 299-3700
(703) 837.8242 (fax)
gordon.kromberg@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on the 13th day of February 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to all attorneys of record.

                                            /s
                               Gordon D. Kromberg
                               Assistant United States Attorney
                               Virginia Bar No. 33676
                               Assistant United States Attorney
                               Attorney for the United States
                               2100 Jamieson Avenue
                               Alexandria, VA  22314
                               (703) 299-3700
                               (703) 837.8242 (fax)
                               gordon.kromberg@usdoj.gov