# UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| v. | **MOTIONS AND DAUBERT HEARING** |
| **DANIEL EVERETTE HALE** | Case No. 1:19-cr-00059-LO |

| | |
|---|---|
| HONORABLE LIAM O'GRADY, presiding | Time Called: 2:13 p.m. |
| Proceeding Held: 02/25/2021 | Time Concluded: 4:10 p.m. |
| Deputy Clerk: Paulina Miller | Court Reporter: S. Wallace |
| | (01:57) |

**Appearances:**

| | |
|---|---|
| UNITED STATES OF AMERICA by: | Gordon Kromberg, Alex Berrang, Heather Schmidt |
| DANIEL EVERETTE HALE in person and by: | Todd Richman and Cadence Mertz |
| INTERPRETER: None | ☐ Interpreter Sworn |

Daubert Hearing – Government adduced evidence through Government witness Dr. Eric L. Lang via VTC/ZOOM. Government's Exhibits 1-4 Admitted.

[154] MOTION for Daubert Hearing with Respect to Proposed Valuation Expert
　　Deft's Motion to exclude Dr. Lang's testimony is hereby DENIED

[168] MOTION in Limine to Allow Authentication and Admission of Certain Business and Electronic Records by USA - GRANTED

[170] Sealed Motion in Limine by USA - GRANTED

[174] MOTION in Limine for Judicial Notice Re: Time Zones by USA - GRANTED

[182] First MOTION in Limine Supplemental Motion in Limine to Admit Certain Business Records by USA - GRANTED

[184] MOTION in Limine to Admit Summary Charts by USA – GRANTED