IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

|  |  |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> v. ) <br> ) <br> DANIEL EVERETTE HALE, ) <br> ) <br> *Defendant.* ) <br> ) | Case No. 1:19-cr-00059 <br> Hon. Liam O'Grady |

## ORDER

This matter comes before the Court on Defendant's Motion for *Daubert* Hearing and to Exclude Expert Testimony (Dkt. 154); and on the government's Motion *In Limine* to Allow Authentication and Admission of Certain Business and Electronic Records (Dkt. 168) and Supplemental Motion for the same (Dkt. 182), Motion *In Limine* to Admit Certain Trial Exhibits (Dkt. 170), Motion *In Limine* for Judicial Notice re: Time Zones (Dkt. 174), and Motion to Admit Summary Charts in Lieu of Admission of the Underlying Summarized Documents (Dkt. 184). The Court heard oral argument on these motions and held Defendant's requested *Daubert* hearing on February 25, 2021.

In this hearing, the Court **GRANTED** the government's Motion to Allow Authentication and Admission of Certain Business and Electronic Records and the Supplemental Motion for the same, the Motion to Admit Certain Trial Exhibits, the Motion for Judicial Notice of Time Zones, and the Motion to Admit Summary Charts. Defendant objected only to the admission of the items in the "200" series of government exhibits included in the government's Motion *In Limine* to Admit Certain Trial Exhibits on grounds of relevance. The Court found that these exhibits are

1

relevant to the valuation of the exfiltrated documents and overruled the objection.

The parties' positions on the admission of Dr. Eric L. Lang's testimony concerning the value of the allegedly stolen materials was taken under advisement. A decision on that matter is forthcoming.

It is **SO ORDERED.**

March 2, 2021
Alexandria, Virginia

Liam O'Grady
United States District Judge