IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal No. 1:19-cr-59 |
| v. | ) | Trial: April 5, 2021 |
| DANIEL EVERETTE HALE, | ) | |
| *Defendant*. | ) | |

Government's Exhibit List

| | |
|---|---|
| A | Document A – Direct Print Rendering of Binary File |
| A-1 | Document A – Source Document |
| A-3 | Document A – Portion Found on Datastick Pro |
| A-4 | Document A – O&K Viewer Rendering of Binary File |
| A-5 | Document A – GhostPCL Rendering of Binary File |
| A-6 | Document A – Isolated NDI |
| A-7 | Document A – Excerpt of Header Information for Binary File |
| B | Document B – Direct Print Rendering of Binary File |
| B-1 | Document B – Source Document |
| B-4 | Document B – O&K Viewer Rendering of Binary File |
| B-5 | Document B – GhostPCL Rendering of Binary File |
| B-6 | Document B – Isolated NDI |
| B-7 | Document B – Excerpt of Header Information for Binary File |
| C | Document C – Direct Print Rendering of Binary File |
| C-1 | Document C – Source Document |
| C-4 | Document C – O&K Viewer Rendering of Binary File |
| C-5 | Document C – GhostPCL Rendering of Binary File |
| C-6 | Document C – Isolated NDI |
| C-7 | Document C – Excerpt of Header Information for Binary File |
| D | Document D – Direct Print Rendering of Binary File |
| D-1 | Document D – Source Document |
| D-5 | Document D – GhostPCL Rendering of Binary File |
| D-6 | Document D – Isolated NDI |
| D-7 | Document D – Excerpt of Header Information for Binary File |
| E | Document E – Direct Print Rendering of Binary File (TS) |
| E-1 | Document E – Source Document (TS) |
| E-5 | Document E – GhostPCL Rendering of Binary File (TS) |
| E-6 | Document E – Isolated NDI |
| E-7 | Document E – Excerpt of Header Information for Binary File |

| | |
|---|---|
| F | Document F – Direct Print Rendering of Binary File |
| F-1 | Document F – Source Document |
| F-4 | Document F – O&K Viewer Rendering of Binary File |
| F-5 | Document F – GhostPCL Rendering of Binary File |
| F-6 | Document F – Isolated NDI (TS) |
| F-7 | Document F – Excerpt of Header Information for Binary File |
| G | Document G – Direct Print Rendering of Binary File (TS) |
| G-1 | Document G – Source Document (TS) |
| G-4 | Document G – O&K Viewer Rendering of Binary File (TS) |
| G-5 | Document G – GhostPCL Rendering of Binary File (TS) |
| G-6 | Document G – Isolated NDI (TS) |
| G-7 | Document G – Excerpt of Header Information for Binary File |
| I | Document I – Direct Print Rendering of Binary File |
| I-1 | Document I – Source Document |
| I-4 | Document I – O&K Viewer Rendering of Binary File |
| I-5 | Document I – GhostPCL Rendering of Binary File |
| I-6 | Document I – Isolated NDI |
| I-7 | Document I – Excerpt of Header Information for Binary File |
| J | Document J – Direct Print Rendering of Binary File |
| J-1 | Document J – Source Document |
| J-4 | Document J – O&K Viewer Rendering of Binary File |
| J-5 | Document J – GhostPCL Rendering of Binary File |
| J-6 | Document J – Isolated NDI |
| J-7 | Document J – Excerpt of Header Information for Binary File |
| K | Document K – Direct Print Rendering of Binary File (TS) |
| K-1 | Document K – Source Document (TS) |
| K-4 | Document K – O&K Viewer Rendering of Binary File (TS) |
| K-5 | Document K – GhostPCL Rendering of Binary File (TS) |
| K-6 | Document K – Isolated NDI (TS) |
| K-7 | Document K – Excerpt of Header Information for Binary File |
| L | Document L – Direct Print Rendering of Binary File |
| L-1 | Document L – Source Document |
| L-5 | Document L – GhostPCL Rendering of Binary File |
| L-7 | Document L – Excerpt of Header Information for Binary File |
| M | Document M – Direct Print Rendering of Binary File |
| M-1 | Document M – Source Document |
| M-4 | Document M – O&K Viewer Rendering of Binary File |
| M-5 | Document M – GhostPCL Rendering of Binary File |
| M-6 | Document M – Isolated NDI |
| M-7 | Document M – Excerpt of Header Information for Binary File |
| O | Document O – Direct Print Rendering of Binary File |
| O-1 | Document O – Source Document |
| O-4 | Document O – O&K Viewer Rendering of Binary File |
| O-5 | Document O – GhostPCL Rendering of Binary File |
| O-7 | Document O – Excerpt of Header Information for Binary File |
| P | Document P – Direct Print Rendering of Binary File |

| | |
|---|---|
| P-4 | Document P – O&K Viewer Rendering of Binary File |
| P-5 | Document P – GhostPCL Rendering of Binary File |
| P-7 | Document P – Excerpt of Header Information for Binary File |
| Q | Document Q – Direct Print Rendering of Binary File |
| Q-4 | Document Q – O&K Viewer Rendering of Binary File |
| Q-5 | Document Q – GhostPCL Rendering of Binary File |
| Q-7 | Document Q – Excerpt of Header Information for Binary File |
| R | Document R – Direct Print Rendering of Binary File |
| R-4 | Document R – O&K Viewer Rendering of Binary File |
| R-5 | Document R – GhostPCL Rendering of Binary File |
| R-7 | Document R – Excerpt of Header Information for Binary File |
| T | Document T – Direct Print Rendering of Binary File |
| T-1(a) | Document T – Source Document |
| T-1(b) | Document T – Source Document |
| T-1(c) | Document T – Source Document |
| T-1(d) | Document T – Source Document |
| T-1(e) | Document T – Source Document |
| T-1(f) | Document T – Source Document |
| T-1(g) | Document T – Source Document |
| T-1(h) | Document T – Source Document |
| T-1(i) | Document T – Source Document |
| T-3 | JR.pdf Found on Home Computer |
| T-4 | Document T – O&K Viewer Rendering of Binary File |
| T-5 | Document T – GhostPCL Rendering of Binary File |
| T-7 | Document T – Excerpt of Header Information for Binary File |
| 101E | Article Published on October 15, 2015 (by Reporter 1) |
| 102A | Document A Published Online |
| 102BCF | Documents B, C, and F Published Online |
| 102D | Document D Published Online |
| 102E | Document E Published Online |
| 102G | Document G Published Online (TS) |
| 102I | Document I Published Online |
| 102J | Document J Published Online |
| 102L | Document L Published Online |
| 102OPQR | Document O Published Online |
| 103M | Article Published on August 5, 2014 |
| 104K | Article Published on April 17, 2015 (TS) |
| 105-C | Article Published on October 15, 2015 (by Reporter2) |
| 201 | The Book (excerpted) |
| 201A | Summary Chart of References to Printed Documents in Book |
| 202 | The Book – Screenshots of Library Card Catalogs |
| 202A | The Book – Summary Chart of Library Copies |
| 203 | The Book – Photo at the Library in the City of Alexandria |
| 204 | The Book – Availability on Amazon |
| 205A | ABE Books – About Us Page |
| 205B | The Book – Availability on ABE Books |

| | |
|---|---|
| 206A | Watchlisting Guidance – Availability on Amazon |
| 206B | Watchlisting Guidance – Availability on Foreign Amazon Sites |
| 206C | Watchlisting Guidance – Excerpt Appearing on Amazon |
| 207 | Watchlisting Guidance – Availability on ABE Books |
| 208 | Video of Hale at Candidate Obama Event in Bristol in June 2008* |
| 208A | Clip from Video of Hale at Candidate Obama Event in Bristol* |
| 208B | Stills from Candidate Obama Event in Bristol |
| 209 | Black Flag E-Book |
| 209A | Excerpt from Black Flag E-Book |
| 300A | Summary Chart – Timeline of Events (shorter) |
| 300B | Summary Chart – Timeline of Events (full) |
| 301-ABCDEF | Summary Chart – Badge Records and User Activity for February 28, 2014 |
| 301-G | Summary Chart – Badge Records and User Activity for April 3, 2014 |
| 301-IJK | Summary Chart – Badge Records and User Activity for April 20, 2014 |
| 301-L | Summary Chart – Badge Records and User Activity for April 30, 2014 |
| 301-MN | Summary Chart – Badge Records and User Activity for May 14, 2014 |
| 301-OPR | Summary Chart – Badge Records and User Activity for May 15, 2014 |
| 301-T | Summary Chart – Badge Records and User Activity for July 27, 2014 |
| 302 | Summary Chart – Comparison of Printed Docs to Published Docs |
| 303 | Summary Chart: Promises to Keep Classified Information Safe |
| 304 | Summary Chart of Page counts |
| 305 | Timeline of Hale's Employment |
| 401 | U.S. Air Force Non-Disclosure Agreement Dated February 18, 2011 |
| 402 | U.S. Air Force Non-Disclosure Agreement Dated February 22, 2011 |
| 403 | NSA Security Check-In Notification Dated December 20, 2011 |
| 404 | NSA Security Agreement Dated December 20, 2011 |
| 405 | NSA Indoctrination Memorandum Dated December 20, 2011 |
| 406 | Joint Special Operations Command Debriefing Dated August 28, 2012 |
| 407 | NSA Access Termination Agreement Dated May 31, 2013 |
| 408 | U.S. Air Force Security Termination Agreement, May 31, 2013 |
| 409 | NGA SCI Non-Disclosure Agreement Dated December 16, 2013 |
| 410 | NGA SCI Non-Disclosure Agreement Dated August 8, 2014 |
| 411 | NATO/NGA Briefing and Debriefing Certificate Dated August 8, 2014 |
| 412 | NGA Record of Hale's Employment |
| 413 | NGA Logs of Hale's Badging Activity |
| 414 | NGA Logs of Hale's Login and Lock/Unlock Screen Activity |
| 415 | NGA Computer Banner for Sensitive But Unclassified Network |
| 416 | NGA Computer Banner for Classified Network |
| 417 | NGA Record of Hale's Print Jobs |
| 419 | Excerpts from Hale's SF-86 Application in August 2009 |
| 419A | F.R.E. 902 Certificate for Hale's SF-86 |
| 420 | Excerpts from Hale's Military Processing Records |
| 420A | F.R.E. 902 Certificate from OPM |
| 421 | Intelink Log (Redacted) |
| 421A | Intelink Log – Chart of Byte Sizes |
| 421B | Intelink Log – Select Entries |

| | |
|---|---|
| 421-C | FRE 902 Certification for Intelink logs |
| 422 | HP Desktop Z800 Computer (S/N: 2UA10107FT)* |
| 423 | Western Digital Hard Drive (S/N: WCAWFFA653019)* |
| 424 | Compact Disc Containing Lab Results for HQB184* |
| 424A | Select LNK Files for HQB184 |
| 425 | HP Hard Drive Associated with HQB 210 (S/N: 3SJ2AA8T)* |
| 426 | CD Containing Lab Results for HQB210* |
| 426A | Select LNK Files for HQB210 |
| 426B | Select PowerPoint Metadata for HQB210 |
| 426C | Select Web Browsing Activity or HQB210 |
| 426D | Excerpt of RegRipper Report for HQB210 |
| 426E | RegRipper Chart for HQB210 |
| 427 | F.R.E. 902(14) Certificate for HQB210 |
| 428 | F.R.E. 902(14) Certificate for HQB184, HQB162, HQB163, and HQB165 |
| 429 | F.R.E. 902(14) Certificate for HQB173 and HQB174 |
| 430 | F.R.E. 902(11) / 902(13) Certificate for NGA Records |
| 431 | F.R.E. 902(11)/(13) Certificate for NGA Records |
| 432 | F.R.E. 902(11)/(13) Certificate for NGA Records |
| 440 | NGA Titanium Account Record for HALEDE |
| 501A | Photo of Hale's Room – House Exterior |
| 501B | Photo of Hale's Room – From Door |
| 501C | Photo of Hale's Room – From Bed |
| 501D | Photo of Hale's Room – From Bed |
| 501E | Photo of Hale's Room – Top Drawer |
| 501F | Photo of Hale's Room – Bed |
| 501G | Photo of Hale's Room – Closet |
| 501H | Photo of Hale's Room – Box |
| 501I | Photo of Hale's Room – Home Computer |
| 501J | Photo of Hale's Room – Sticker Near Computer |
| 501K | Photo of Hale's Room – Closet with PNY Thumb |
| 502 | Hale's Home Computer (Model: Cooler Master PC)* |
| 502A | OCZ Technology HD from Home Computer (S/N: A19D3011238000341)* |
| 502B | OCZ Technology HD from Home Computer (S/N: A22BF011413004152)* |
| 503 | Two CDs Containing IEF and FTK Results for Home Computer* |
| 503A | User Accounts on Home Computer |
| 503B | Select Chrome Web History from Home Computer |
| 503C | Select Firefox Bookmarks from Home Computer |
| 503D | Select Metadata for Encryption-Related Files from Home Computer |
| 503E | Select LNK Files from Home Computer |
| 503F | Select Jump List Entries from Home Computer |
| 503G | Select Shellbags from Home Computer |
| 503H | Parsed Search from Home Computer |
| 503I | GPG4win Compendium |
| 503J | Metadata for GPG4win Compendium |
| 503K | Metadata for GPG Encrypted Document T |
| 503L | Properties of Unencrypted Document T |

| | |
|---|---|
| 503M | Hale Resume for Democracy Now |
| 503N | Metadata for Hale Resume |
| 503O | Word Document re Film Screening |
| 503P | Metadata Associated with GX 503O |
| 503Q | GPG Metadata (home computer) |
| 504 | DataStick Pro* |
| 505 | Photo of DataStick Pro |
| 506 | CD Containing FTK Results for the DataStick Pro* |
| 506A | Metadata re Document A Found on DataStick Pro |
| 506B | File Path Directory for the DataStick Pro |
| 507 | Spiral Bound Notebook* |
| 507A | Photo of Page from Spiral Bound Notebook |
| 507B | Photo of Page from Spiral Bound Notebook |
| 508 | PNY Thumb Drive* |
| 601 | Samsung Galaxy Note II Cell Phone* |
| 602A | Photo of Front of Hale's Samsung Cell Phone |
| 602B | Photo of Back of Hale's Samsung Cell Phone |
| 603 | HD of Cellebrite Results for Samsung Cell Phone* |
| 604 | Selfie Photo of Hale from Samsung Cell Phone |
| 605 | Selfie Photo of Hale from Samsung Cell Phone |
| 606 | Photo of Hale ID from Samsung Cell Phone |
| 607 | Web Bookmark from Samsung Cell Phone |
| 608 | Web History from Samsung Cell Phone |
| 609 | Reporter Contacts Found on Samsung Cell Phone |
| 610 | Compilation of Texts with Reporter |
| 611A | Archive of Announcement of Reporter Event at Busboy & Poets |
| 611B | BB&T Statement for May 2013 |
| 611C | F.R.E. 902(11) Certification from BB&T Bank |
| 612 | May 23, 2013 Text to "Megan" |
| 613 | June 7, 2013 Texts to "202-320-7912" |
| 614 | June 9, 2013 Texts to "202-320-7912" |
| 615 | Compilation of Texts to "202-320-7912" |
| 616 | Stills from Video of June 9, 2013 Reporter Event at Busboys & Poets |
| 617 | June 7, 2013 Email to Hale from IVAW re Reporter Event |
| 618 | June 9, 2013 Text to "Megan" |
| 619 | June 9, 2013 Email from Reporter to Hale |
| 619A | Guardian Article Titled "Edward Snowden: The Whistleblower" |
| 619B | May 11, 2009 Article by Reporter |
| 620 | July 14, 2013 Text to "Megan" |
| 620A | Verizon Statement for June 17, 2013 to July 16, 2103 |
| 620B | Verizon Statement for July 17, 2013 to August 16, 2103 |
| 620C | F.R.E. 902(11) Certification from Verizon |
| 621 | July 17, 2013 Email from Reporter to Hale |
| 622 | July 18, 2013 Text to "Lachelle" |
| 623 | July 19, 2013 Text to "Megan" |
| 624 | July 20, 2013 Email from Hale to Reporter |

| | |
|---|---|
| 625 | July 20, 2013 Email from Hale to Reporter |
| 625A | Article Titled "Court Rules Journalists Can't Keep Their Sources Secret" |
| 626 | July 21, 2013 Text to "Sara Harless" |
| 627 | July 21, 2013 Text to Reporter |
| 628 | BB&T Statement for August 2013 |
| 629 | July 25, 2013 Email from Hale to Reporter |
| 629A | Hale's Resume |
| 630 | July 31, 2013 Text to "Lachelle" |
| 631 | August 7, 2013 Email from Hale to Reporter |
| 631A | Article Titled "NSA Growth Fueled by Need to Target Terrorists" |
| 632 | August 18, 2013 Email from Hale to Reporter |
| 632A | Drone Image |
| 633 | August 27, 2013 Email from Hale to Reporter |
| 633A | *New York Times* Article re Manning |
| 634 | Verizon Statement for August 17, 2013, to September 16, 2103 |
| 634A | F.R.E. 902(11) Certification from Verizon |
| 635 | September 20, 2013 Texts to Reporter |
| 636 | October 12, 2013 Email from Hale to Reporter |
| 637 | October 24, 2013 Text to Reporter |
| 638 | November 13, 2013 Text to Reporter |
| 639 | December 5, 2013 Email from Hale to Reporter |
| 640 | January 24, 2014 Email from Hale to Reporter |
| 641 | January 31, 2014 Texts to/from Reporter |
| 642 | February 2, 2014 Texts to/from Reporter |
| 643 | February 3, 2014 Texts to/from Reporter |
| 644 | February 27, 2014 Texts to/from Reporter |
| 645 | February 28, 2014 to March 7, 2014 Texts to/from Reporter |
| 701 | Compact Disc with from Google records* |
| 701A | F.R.E. 902(11) Certificate from Google |
| 701B | Google Subscriber Records for Hale Account |
| 701C | Photo of Hale from Google Account |
| 701D | September 4, 2013 Email from Hale to IVAW |
| 702 | Executive Order 13526, 75 Federal Register 707 |
| 703 | Book Signed by Reporter (photo) |
| 704 | Stills from *National Bird* |
| 705 | Archived NGA Site re Whistleblower Protections |
| 705A | Memorandum on NGA's Whistleblower Protections |
| 706 | Media Organization Article re Anonymous Leaks |
| 707 | F.R.E. 902(11) Certification from NGA for NDAs |
| 708 | F.R.E. 902(11) Certification from NSA for NDAs |
| 709 | F.R.E. 902(11) Certification from JSOC for NDAs |
| 710 | F.R.E. 902(11) Certification from U.S. Air Force for NDAs |
| 711 | NSA Certificate of No Record re Whistleblowing Complaints |
| 712 | DoD Certificate of No Record re Whistleblowing Complaints |
| 713 | Task Force Certificate of No Record re Whistleblowing Complaints |
| 714 | NGA Certificate of No Record re Whistleblowing Complaints |

| | |
|---|---|
| 715 | F.R.E. 902(11) Certification from Internet Archive |
| 716 | USAF Certificate of No Record re Whistleblowing Complaints |
| 801 | May 27 to 28, 2014 Emails between Hale and IVAW |
| 802 | May 28, 2014 Emails between Hale and NBC News |
| 803 | Sudden Justice (photo of excerpts of book) |
| 804 | August 5, 2013 Text to "Megan" |
| 805 | November 16, 2013 Text to "Megan" |
| 806 | Compilation of Texts to "Megan" |
| 807 | Oct. 6, 2013 Texts from "Lachelle" |
| 808 | Compilation of Texts to/from "Lachelle" |
| 809 | October 31, 2013 Text to "Dana" |
| 810 | November 18, 2013 Text to "Diane" |
| 811 | Google Chats with Diane Darling |
| 812A | Hale's Tinder Postings |
| 812B | Postings related to Hale's Tinder postings |
| 813 | June 9, 2013 Text from Reporter to Hale |
| 814 | Sept. 20, 2013 Texts to/from the Reporter |
| 815 | Sept. 4, 2013 Texts to/from "Lachelle" |
| 816 | June 7, 2013 Texts to/from "Geoff" |
| 820A | Amazon Page for Midsummer Night's Dream (Folger Shakespeare Lib.) |
| 820B | Amazon Page for Midsummer Night's Dream (No Commentary) |
| 820C | Google Books Page for Midsummer Night's Dream |
| 821A | Amazon Page for Ben Franklin's Autobiography (Norton Critical Ed.) |
| 821B | Amazon Page for Ben Franklin's Autobiography (No Commentary) |
| 821C | Google Books Page for Ben Franklin's Autobiography |
| 822A | Amazon Page for Adventures Sherlock Holmes (Eric Colfer Intro) |
| 822B | Amazon Page for Adventures Sherlock Holmes (No Commentary) |
| 822C | Google Books Page for Adventures Sherlock Holmes |
| 823 | Nov. 16, 2013  Texts with Reporter2 |
| 900-3 | Stipulation 3 |
| 900-4 | Stipulation 4 |
| 900-5 | Stipulation 5 |
| 900-6 | Stipulation 6 |
| 900-7 | Stipulation 7 |
| 900-8 | Stipulation 8 |
| 900-9 | Stipulation 9 |
| 900-10 | Stipulation 10 |
| 900-11 | Stipulation 11 |
| 900-12 | Stipulation 12 |
| 900-15 | Stipulation 15 |
| 900-16 | Stipulation 16 |
| 900-18 | Stipulation 18 |
| 900-19 | Stipulation 19 |
| 900-20 | Stipulation 20 |
| 900-21 | Stipulation 21 |

| | |
|---|---|
| 900-22 | Stipulation 22 |
| 900-23 | Stipulation 23 |
| 900-26 | Stipulation 26 |
| 900-30 | Stipulation 30 |

* Bulk item not in exhibit binders

Respectfully submitted,

Raj Parekh
Acting United States Attorney

By: /s/

Gordon D. Kromberg
Assistant United States Attorney
United States Attorney's Office
2100 Jamieson Avenue
Alexandria, Virginia 22314
Phone: (703) 299-3700
Fax: (703) 299-3981
Email: gordon.kromberg@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on March 29, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of filing ("NEF") to counsel of record for the defense.

By: /s/

Gordon D. Kromberg
Assistant United States Attorney
United States Attorney's Office
2100 Jamieson Avenue
Alexandria, Virginia 22314
Phone: (703) 299-3700
Fax: (703) 299-3981
Email: gordon.kromberg@usdoj.gov