

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 1:19cr59 |
| | ) | |
| DANIEL EVERETTE HALE | ) | |

## PRAECIPE FOR SUBPOENA

It is requested that the Clerk of said Court issue subpoenas as indicated below for

appearance before said Court at Alexandria, Virginia, in United States District Court at 10:00

o'clock a.m., on the 6th day of April 2021, then and there to testify on behalf of the United States:

8   Blank Subpoenas (4 Sets)

This 30th day of March 2021.

Respectfully submitted,

Raj Parekh
United States Attorney

GORDON KROMBERG
Digitally signed by
GORDON KROMBERG
Date: 2021.03.29
17:32:04 -04'00'

By:

Gordon D. Kromberg
Assistant United States Attorney
United States Attorney's Office
2100 Jamieson Avenue
Alexandria, Virginia 22314
Phone: 703-299-3700
Fax: 703-299-3981
Gordon.kromberg@usdoj.gov

AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT
### for the
Eastern District of Virginia

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No.1:19CR59 |
| Daniel E. Hale | ) | |
| *Defendant* | ) | |

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To:

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: United States District Court<br>401 Courthouse Square<br>Alexandria, VA 22314 | Courtroom No.: 1000 |
|---|---|
| | Date and Time: April 6, 2021; 10:00 a.m. |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

*(SEAL)*

Date: 03/30/2021

*CLERK OF COURT*

_____
*Signature of Clerk or Deputy Clerk*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* United States of America
_____ , who requests this subpoena, are:

AUSA Gordon D. Kromberg
AUSA Alexander P. Berrang
Justin W. Williams Building
United States Attorney's Office
2100 Jamieson Avenue
Alexandria, VA 22314
(703) 299-3700