# UNITED STATES DISTRICT COURT
# CHANGE OF PLEA MINUTES

Date: **03/31/2021**　　　　　　　　　　　　　　　　Case No.: **1:19-CR-59**
Time: **2:03 p.m. – 2:32 p.m.** (00:29)　　　　　　　Judge: **Liam O'Grady**
　　　　　　　　　　　　　　　　　　　　　　　　　Reporter: **S. Wallace**
**UNITED STATES of AMERICA**　　　　　　　　　　Deputy Clerk: **Paulina Miller**
　　　　　　　　　　　　　　　　　　　　　　　　　Interpreter: **None**
　　　　V.　　　　　　　　　　　　　　　　　　　　Language: **N/A**

**DANIEL EVERETTE HALE**

Counsel for Defendant　　　　　　　　　　　　　　Counsel for Government
**Todd M. Richman**　　　　　　　　　　　　　　　**Gordon D. Kromberg**
**Cadence Mertz**　　　　　　　　　　　　　　　　**Alexander P. Berrang**
　　　　　　　　　　　　　　　　　　　　　　　　　**Heather Schmidt**
　　　　　　　　　　　　　　　　　　　　　　　　　**Laura Pino, FBI Special Agent**

**PROCEEDINGS:**

Defendant w/d his NG plea as to Count 2 of the Superseding Indictment and PG to Count 2 of the Superseding Indictment.
Court accepts plea.
Sentencing scheduled for **Tuesday, July 13, 2021 at 10:00 a.m.**
Jury Trial currently set for **Monday, April 5, 2021 at 10:00 a.m. is REMOVED.**

**Matter called for**:
[ ] Pre Indictment Plea　　　　[**X**] Change of Plea　　　　[ ] Plea Agreement

**Filed in open court**:
[ ] Information　　[ ] Plea Agreement　　[**X**] Statement of Facts　　[ ] Waiver of Indictment
[ ] Consent Order of Forfeiture

**Arraignment & Plea**:
[ ] WFA　　　　[ ] FA　　　　[**X**] PG

[**X**] Deft entered a Plea of Guilty to Count 2 of the [**X**] Superseding Indictment [ ] Information
[**X**] Plea accepted.
[ ] Government's Motion to dismiss
[ ] Order to follow.
[**X**] Deft Directed to USPO　　[**X**] Yes　　　[ ] No
[**X**] Case continued to **Tuesday, July 13, 2021 at 10:00 a.m.,** for:
[ ] Jury Trial　　[ ] Bench Trial　　[ ] Pre-Guidelines Sentencing　　[**X**] Guidelines Sentencing

[ ] Deft Remanded　　　[ ] Deft Released on Bond　　　[**X**] Deft Continued on bond