## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF VIRGINIA

United States

v.

Daniel Everette Hale

Docket No.   0422 1:19CR00059-1

### ORDER

The Conditions of Release signed on May 9, 2019, are modified to include the following additional special condition:

Submit to substance abuse testing and/or treatment as directed by Pretrial Services.

All other Conditions of Release are to remain in effect.

_____
Liam O'Grady
Senior United States District Judge

April 12, 2021
Date