Page 1
PS-8 (12/04)
VAE (rev 9/19)

UNDER SEAL

# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF VIRGINIA

U.S.A. vs. Daniel Everette Hale                    Docket No. 1:19CR00059-1

### Petition for Action on Conditions of Pretrial Release

COMES NOW, Bethany Erding, PROBATION OFFICER, presenting an official report upon the conduct of defendant Daniel Everette Hale, who was placed under pretrial release supervision by the Honorable Liam O'Grady, United States District Court Judge sitting in the court at, Alexandria, Virginia, on May 17, 2019, under the following conditions:

- Submit to supervision by and report for supervision to the Pretrial Services Office as directed.
- Continue or actively seek employment.
- Not obtain a passport or other international travel document.
- Travel is restricted to the Middle District of Tennessee and the Eastern District of Virginia unless approved in advance by Pretrial Services.
- Not possess a firearm, destructive device, or other dangerous weapon
- Report as soon as possible, within 48 hours, to the supervising officer, any contact with law enforcement personnel, including but not limited to any arrest, questioning, or traffic stop.
- Permit Pretrial Services Officer to visit him at home or elsewhere and permit confiscation of any contraband observed in plain view.
- Undergo a mental health evaluation as directed by his counsel and the probation office.
- Not consume excessive amounts of alcohol.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:**

*See attachment

**PRAYING THAT THE COURT WILL ORDER** a warrant to be issued directing that the offender appear before the Court to show cause why conditions of release should not be revoked.

It is hereby **ORDERED** that the petition, with its attachment and arrest warrant be sealed. **It is further ORDERED** the petition, its attachment and arrest warrant, shall remain sealed until the warrant is executed, at which time the petition, its attachment and warrant, should be unsealed and made part of the public record.

**ORDER OF COURT**

Considered and ordered this 23rd day of April, 2021 and ordered filed and made a part of the records in the above case.

Liam O'Grady
Senior United States District Court Judge

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on:

Bethany Erding
2021.04.23 12:14:58 -04'00'

Bethany Erding
Supervising U.S. Probation Officer
(703) 299-2305
Place: Alexandria

199