Dear Judge Liam O'Grady,

I live in Ashland, Oregon, and it is important to me that, in a world where so many good deeds are punished, a good deed, an act of bravery in the public interest, <u>not</u> be punished.

I refer to the actions of whistle-blower Daniel Hale. He released information to the public which we all needed to know. Surely he will not be punished for releasing information which serves the public interest.

Please acquit Daniel Hale.

Thank you for any mercy and understanding you can extend.

Jim Yarbrough
Jim Yarbrough
Ashland, OR

RECEIVED MAILROOM
APR 26 2021
CLERK, U.S. DISTRICT COURT
ALEXANDRIA VIRGINIA