UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

UNITED STATES OF AMERICA

v.

DANIEL HALE,     Criminal No. 1:19CR59

Defendant.

### Video or Telephone Conferencing Order for Criminal Proceedings

In accordance with Case No. 2:20mc7, Gen. Order 2020-09, this Court finds that the Defendant, after consultation with counsel, has consented to the use of video or telephone conferencing to conduct the preliminary criminal proceeding(s) to be held today, as authorized by § 15002(b)(1) of the CARES Act.  See CARES Act, H.R. 748, 116th Congress (2020).  As previously found in Case No. 2:20mc7, such preliminary criminal proceeding(s) fall(s) within the class of "critical" proceedings that should not be materially delayed in light of the ongoing COVID-19 pandemic.  See Case No. 2:20mc7, Gen. Orders 2020-03 and 2020-07.  The criminal proceeding(s) to be held on this date may be conducted by:

____X___   Video Teleconferencing

_____   Teleconferencing, because video teleconferencing is not reasonably available for the following reason(s):

    _____ The Defendant is detained at a facility lacking video teleconferencing capability.

    _____ Other:

_____

_____

_____

**It is so ORDERED**.

_____
THERESA CARROLL BUCHANAN
UNITED STATES MAGISTRATE JUDGE

Alexandria, Virginia
April 29, 2021