AO 442 (Rev. 01/09) Arrest Warrant

10830704

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

**FILED** APR 28 2021
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

| United States of America | ) | |
| --- | --- | --- |
| v. | ) | |
| | ) Case No. | 1:19-cr-00059-001 |
| | ) | |
| Daniel Everette Hale | ) | |
| Defendant | ) | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Daniel Everette Hale

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☒ Order of the Court

This offense is briefly described as follows:

See Attached Petition

Date: 04/23/2021

*Issuing officer's signature* (signed) J. Lanham

City and state: Alexandria, VA

Judith Lanham, Deputy Clerk
*Printed name and title*

### Return

This warrant was received on *(date)* 04/23/2021, and the person was arrested on *(date)* 04/28/2021
at *(city and state)* ALEXANDRIA, VA.

Date: 04/28/2021

*Arresting officer's signature* (signed)

RUFENER DUSIN
*Printed name and title*

AO 442 (Rev. 01/09) Arrest Warrant (Page 2)