**UNITED STATES DISTRICT COUR**
**EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

MAGISTRATE JUDGE: <u>**THERESA CARROLL BUCHANAN**</u>
DEPUTY CLERK: **TINA FITZGERALD**

UNITED STATES OF AMERICA

HEARING: <u>R5/PTV</u>   CASE #: <u>19CR59</u>

-VS-

DATE: <u>4/29/21</u> TIME: <u>2:00pm</u>

Daniel Hale

RECORDER: FTR SYSTEM        REMOTE HEARING ( X )

COUNSEL FOR THE UNITED STATES:_____<u>Alex Berrang</u>_____

COUNSEL FOR THE DEFENDANT:_____<u>Cadence Mertz</u>_____

INTERPRETER:_____LANGUAGE:_____

( X ) DEFENDANT APPEARED :   ( X ) WITH COUNSEL        (        ) WITHOUT COUNSEL

( X ) DEFT. INFORMED OF RIGHTS, CHARGES, PENALTIES and/or VIOLATIONS

(        ) COURT TO APPOINT COUNSEL _____        (        ) DFT. TO RETAIN COUNSEL

(        ) GVT. CALL WITNESS & ADDUCES EVIDENCE        (        ) AFFIDAVIT

(        ) EXHBIT #_____ADMITTED

( X ) PROBABLE CAUSE: FOUND ( X ) / NOT FOUND (        )

(        ) PRELIMINARY HEARING WAIVED

(        ) MATTER CONTINUED FOR FURTHER PROCEEDINGS BEFORE THE GRAND JURY

(        ) DEFT. ADMITS VIOLATION (        )DFT. DENIES VIOLATION   (        ) COURT FINDS DFT. IN VIOLATION

MINUTES: <u>USA seeks continued detention at this time; Deft argues</u>
<u>that there no actual violations comitted by deft as alleged.</u>
<u>Court finds alleged violations as reported. Deft. held in custody</u>
<u>pending next hearing as requested by District Judge.</u>

ADDED CONDITIONS OF RELEASE:
($        ) UNSECURED ($        ) SECURED (   ) PTS (        ) 3RD PARTY (        ) TRAVEL RESTRICTED
(        ) APPROVED RESIDENCE (        ) SATT (        ) PAY COSTS (        ) ELECTRONIC MONITORING (        ) MENTAL HEALTH
TEST/TREAT (        ) ROL (        ) NOT DRIVE (        ) FIREARM (        ) PASSPORT (        ) AVOID CONTACT
(        ) ALCOHOL & DRUG USE (        ) EMPLOYMENT

( X ) DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHALS
(        ) DEFENDANT CONTINUED ON CONDITIONS OF SUPERVISED (        )PROBATION (        ) RELEASE

NEXT COURT APPEARANCE: <u>5/4/21</u> at <u>10:00 Am</u> Before <u>O'Grady</u>
( X ) DH (        ) PH (   ) STATUS (   ) TRIAL (        ) JURY (   ) PLEA (        ) SENT (        ) PBV   (   ) SRV   (   ) R40 (   )ARR

(Pretrial Viol. Hrg.)