```
            IN THE UNITED STATES DISTRICT COURT FOR THE
                    EASTERN DISTRICT OF VIRGINIA

                         Alexandria Division


UNITED STATES OF AMERICA          )
                                  )
                                  )
v.                                ) CRIMINAL NO.1:19CR59
                                  )
                                  )
DANIEL HALE                       )
     Defendant.                   )
```

### REPORT OF HEARING ON
### VIOLATION OF PRETRIAL RELEASE AND ORDER

THIS CAUSE came on April 29, 2021, for a hearing before the undersigned Magistrate Judge on the charge that defendant DANIEL HALE violated the terms of pretrial release imposed by the Honorable Liam O'Grady, United States District Judge for the Eastern District of Virginia.

At the hearing on April 29, 2021, defendant appeared with counsel C. Mertz, Esquire, the United States was represented by A. Berrang, Esquire.

Defendant contests probable cause as to the allegations as contained in the petition for action on conditions of pretrial release, Court finds alleged violations as reported, wherefore, it is

ORDERED that the defendant DANIEL HALE is REMANDED to the custody of the United States Marshal and shall appear before the Honorable Liam O'Grady on May 4, 2021 at 10:00 a.m. for further

proceedings.

                                                           /s/
                                   Theresa Carroll Buchanan
                                   United States Magistrate Judge

April 30, 2021
Alexandria, Virginia