IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | No. 1:19-cr-59 |
| | ) | |
| DANIEL EVERETTE HALE, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Upon consideration of Defendant's Unopposed Motion to Continue Sentencing by Two Weeks, for the reasons stated in the Motion, and for good cause shown, it is hereby ORDERED that the Motion is GRANTED. And it is FURTHER ORDERED that the sentencing in this matter now set for July 13, 2021 is hereby CONTINUED to July 27, 2021 at 9:00 a.m.

The Clerk is directed to forward copies of this Order to counsel of record and the United States Probation Office.

June 2, 2021
Alexandria, VA

The Honorable Liam O'Grady
United States District Judge