# UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | MOTION TO COMPEL |
| **DANIEL EVERETTE HALE** | Case No. 1:19-cr-59 |

HONORABLE LIAM O'GRADY, presiding  
Proceeding Held: 06/25/2021  
Deputy Clerk: Paulina Miller  

Time Called: 10:05 a.m.  
Time Concluded: 10:35 a.m.  
Court Reporter: S. Wallace  

**Appearances:**

UNITED STATES OF AMERICA by:      Gordon Kromberg

DANIEL EVERETTE HALE in person and by:      Cadence Mertz and Todd Richman

INTERPRETER: None        ☐ Interpreter Sworn

Matter Argued. [209] MOTION to Compel *Evidence of Actual Harm* by Daniel Everette Hale – DENIED. Order to follow.

Defendant Remanded.