AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| United States of America | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:19-CR-0059-LO |
| Daniel Everette Hale | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Proposed Amicus Curiae CAIR Foundation.

Date: 07/12/2021

/s/ Gadeir Abbas
*Attorney's signature*

Gadeir Abbas, 81161
*Printed name and bar number*
453 New Jersey Ave, SE
Washington, DC 20003

*Address*

gabbas@cair.com
*E-mail address*

(202) 488-8787
*Telephone number*

*FAX number*