IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>DANIEL EVERETTE HALE,<br><br>Defendant. | No. 1:19-cr-59<br><br>Hon. Liam O'Grady |

**ORDER GRANTING UNOPPOSED MOTION OF THE REPORTERS COMMITTEE FOR FREEDOM OF THE PRESS FOR LEAVE TO FILE BRIEF AS AMICUS CURIAE**

Upon consideration of the Unopposed Motion of the Reporters Committee for Freedom of the Press for Leave to File Brief as Amicus Curiae, it is hereby **ORDERED** as follows:

1. The Motion is **GRANTED**, and further

2. The proposed Brief of the Reporters Committee for Freedom of the Press as Amicus Curiae is hereby deemed filed in the above-captioned action.

**SO ORDERED** this ___14th___ day of ___July___, 2021.

_____
HON. LIAM O'GRADY
United States District Court Judge



RECEIVED

2021 JUL 13 P 2:31