IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | CASE NO. 1:19cr59 |
| | ) | |
| DANIEL EVERETTE HALE | ) | |
| | ) | |
| Defendant | ) | |

## ORDER

Before the Court is The Council on American-Islamic Relations ("CAIR")'s Motion for Leave to File Amicus Curiae Brief on Behalf of CAIR Foundation (Dkt. 219). There being no objection by the parties, and for the reasons set forth in the motion and other good cause shown, the Motion is **GRANTED**.

It is hereby **ORDERED** that the proposed Amicus Curiae Brief on Behalf of CAIR Foundation (Dkt. 219-1) is deemed filed in this action.

Liam O'Grady
United States District Judge

Alexandria, Virginia
July 14, 2021