# Exhibit I

## Selected Promises of Hale Regarding the Handling of Classified Information

| Date | Exhibit | Representation |
|---|---|---|
| Feb. 18, 2011 | 401 | I hereby agree that I will never divulge classified information to anyone unless (a) I have officially verified that the recipient has been properly authorized by the United States Government to receive it; or (b) I have been given prior written notice of authorization from the United States Government Department or Agency . . . responsible for the classification of the information, or last granting me a security clearance, that such disclosure is permitted. <br><br> * * * <br><br> Unless and until I am released in writing by an authorized representative of the United States Government, I understand that all conditions and obligations imposed upon me by this Agreement apply during the time I am granted access to classified information, and at all times thereafter. |
| Feb. 22, 2011 | 402 | I hereby agree that I will never divulge classified information to anyone unless (a) I have officially verified that the recipient has been properly authorized by the United States Government to receive it; or (b) I have been given prior written notice of authorization from the United States Government Department or Agency . . . responsible for the classification of the information, or last granting me a security clearance, that such disclosure is permitted. <br><br> * * * <br><br> Unless and until I am released in writing by an authorized representative of the United States Government, I understand that all conditions and obligations imposed upon me by this Agreement apply during the time I am granted access to classified information, and at all times thereafter. |

GOVERNMENT EXHIBIT 303

| Date | Exhibit | Representation |
|---|---|---|
| | | I agree not to discuss matters pertaining to protected information except when necessary for the proper performance of my duties and only with persons who are currently authorized to receive such information and have a need-to-know. |
| | | I agree I will report without delay, to my company security officer or to an NSA security representative the details and circumstances of any possible unauthorized disclosure of protected information or of *any* unauthorized person obtaining or attempting to obtain protected information. |
| | | \*      \*      \* |
| Dec. 20, 2011 | 404 | I understand that the purpose of the prepublication review procedure is to determine whether material contemplated for public disclosure contains protected information and if so, give the NSA an opportunity to prevent the public disclosure of such information. |
| | | \*      \*      \* |
| | | I understand and accept that unless I am released in writing by an authorized representative of the NSA, this agreement applies during the time that I am granted access to protected information and at all times thereafter, and applies to all protected information to which I may be granted access. |
| | | \*      \*      \* |
| | | I make this Agreement without any mental reservation or purpose of evasion. |
| Dec. 20, 2011 | 405 | The need for special protection of this material was made known to me and I was reminded that my access to this material is governed by the terms of the NSA Security Agreement that I have previously signed. |
| Aug. 28, 2012 | 406 | I reaffirm that . . . I will not communicate or transmit classified information to any unauthorized person or organization. |
| May 31, 2013 | 407 | I reaffirm my agreement . . . not to disclose [protected] information or materials to any person who is not authorized to have access to them until I have received written authorization from the NSA that such disclosure is permitted . . . .<br><br>\*      \*      \*<br><br>I affirm that I will immediately report to the proper authorities any attempt to solicit protected information by a person not authorized by the United States Government to receive such information. |
| May 31, 2013 | 408 | I shall not knowingly or willfully divulge, reveal, or transmit classified information orally or in writing or by any other means, to any unauthorized person or agency. |

2

| Date | Exhibit | Representation |
|---|---|---|
| Dec. 16, 2013 | 409 | I hereby agree that I will never divulge anything marked as SCI or that I know to be SCI to anyone who is not authorized to receive it without prior written authorization from the United States Government department or agency . . . that authorized my access to SCI.<br><br>*   *   *<br><br>Unless and until I am released in writing by an authorized representative of the Department or Agency that last provided me with access to SCI, I understand that all conditions and obligations imposed upon me by this Agreement apply during the time I am granted access to SCI, and at all times thereafter.<br><br>*   *   *<br><br>I make this Agreement without any mental reservation or purpose of evasion. |
| Aug. 8, 2014 | 410 | I hereby agree that I will never divulge anything marked as SCI or that I know to be SCI to anyone who is not authorized to receive it without prior written authorization from the United States Government department or agency . . . that authorized my access to SCI.<br><br>*   *   *<br><br>Unless and until I am released in writing by an authorized representative of the Department or Agency that last provided me with access to SCI, I understand that all conditions and obligations imposed upon me by this Agreement apply during the time I am granted access to SCI, and at all times thereafter.<br><br>*   *   *<br><br>I make this Agreement without any mental reservation or purpose of evasion. |
| Aug. 8, 2014 | 411 | I understand that I must not disclose any classified information which I have obtained in my assignment to this organization or in connection therewith. I also understand that I must not make any such classified information available to the public or to any person not lawfully entitled to that information. |

3