# Exhibit J

**From:** Daniel Hale <danieleverettehale@gmail.com>

I mean, I'd totally get off on being a serious journalist who covers important issues in a critical way

10/28/2020     7746.eml.[AD].html

**From:** Daniel Hale <danieleverettehale@gmail.com>

most journalist are super out of shape and have no social life cause they are so devoted

10/28/2020     7747.eml.[AD].html

**From:** Daniel Hale <danieleverettehale@gmail.com>

but I look up to them like rock stars

10/28/2020     7757.eml.[AD].html

**From:** Daniel Hale <danieleverettehale@gmail.com>

that's what I'd like I guess, to be a journalist and speak truth to power, and have great sex all the time and make just enough to live but not too much that I become a part of the upper crust

GOVERNMENT
EXHIBIT
811
1:19CR59