IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

Filed with the Classified
Information Security Officer
CISO _____
Date 7/20/2021

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DANIEL EVERETTE HALE,<br><br>*Defendant.* | No. 1:19-cr-59<br><br>The Honorable Liam O'Grady |

CLASSIFIED ADDENDUM TO
POSITION OF THE UNITED STATES ON SENTENCING