IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DANIEL EVERETTE HALE,<br><br>*Defendant*. | No. 1:19-cr-59<br><br>The Honorable Liam O'Grady |

## MOTION TO SEAL

The United States of America, through undersigned counsel, pursuant to Local Criminal Rule 49 of the United States District Court for the Eastern District of Virginia, respectfully requests that the Court seal certain documents accompanying this motion.

Respectfully Submitted,

Raj Parekh
Acting United States Attorney

By: _____/s/_____
Alexander P. Berrang
Gordon Kromberg
Assistant United States Attorneys
United States Attorney's Office
2100 Jamieson Avenue
Alexandria, Virginia 22314
Phone: (703) 299-3700
Fax: (703) 299-3981
Email: alexander.p.berrang@usdoj.gov
Email: gordon.kromberg@usdoj.gov

Heather Schmidt
Senior Trial Attorney
National Security Division
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530
heather.schmidt@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on July 20, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing to counsel of record in this case. I also provided an electronic copy to all counsel of record by means of electronic mail.

        Respectfully Submitted,

        Raj Parekh
        Acting United States Attorney

By:     /s/
        Alexander P. Berrang
        Assistant United States Attorney
        United States Attorney's Office
        2100 Jamieson Avenue
        Alexandria, Virginia 22314
        Phone: (703) 299-3700
        Fax: (703) 299-3981
        Email: alexander.p.berrang@usdoj.gov