**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA**

**Alexandria Division**

|  |  |
|---|---|
| UNITED STATES OF AMERICA | No. 1:19-cr-59 |
| v. | The Honorable Liam O'Grady |
| DANIEL EVERETTE HALE, | |
| *Defendant*. | |

## <u>NOTICE OF FILING OF MOTION TO SEAL</u>

The United States, through its undersigned counsel, filed the Government's Motion to Seal, with accompanying legal authority, along with a proposed sealing order, pursuant to Local Rule of Court 49(D) and (E) of the Local Criminal Rules for the United States District Court for the Eastern District of Virginia.

Respectfully Submitted,

Raj Parekh
Acting United States Attorney

By: _____/s/_____
Alexander P. Berrang
Gordon Kromberg
Assistant United States Attorneys
United States Attorney's Office
2100 Jamieson Avenue
Alexandria, Virginia 22314
Phone: (703) 299-3700
Fax: (703) 299-3981
Email: alexander.p.berrang@usdoj.gov
Email: gordon.kromberg@usdoj.gov

Heather Schmidt
Senior Trial Attorney
National Security Division
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530
heather.schmidt@usdoj.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 20, 2021, I electronically filed the foregoing with the Clerk of

Court using the CM/ECF system, which will send a notification of such filing to counsel of record

in this case. I also provided an electronic copy to all counsel of record by means of electronic mail.


Respectfully Submitted,

Raj Parekh
Acting United States Attorney

By:       /s/
Alexander P. Berrang
Assistant United States Attorney
United States Attorney's Office
2100 Jamieson Avenue
Alexandria, Virginia 22314
Phone: (703) 299-3700
Fax: (703) 299-3981
Email: alexander.p.berrang@usdoj.gov