MAILROOM
JUL 16 2021
7-12-21
CLERK, U.S. DISTRICT COURT
ALEXANDRIA VIRGINIA

Dear Judge O'Grady,

This note is to request leniency in the sentencing of whistleblower Daniel Hale. I have read a couple of informative articles about his case. It appears to me that he was revealing illegal acts (vis a vis international law) in whistleblowing regarding the drone killings of numerous civilians. He was simply doing the lawful, and right, thing.

Thank You

Shawn Smith
Houston, TX