IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | No. 1:19-cr-59 |
| v. ) | |
| ) | Hon. Liam O'Grady |
| DANIEL EVERETTE HALE, ) | |
| ) | |
| Defendant. ) | |

## CLASSIFIED EXHIBIT TO DEFENDANT'S POSITION ON SENTENCING

FILED WITH CISO ON JULY 20, 2021.

Respectfully submitted,

DANIEL EVERETTE HALE

By Counsel,
Geremy C. Kamens
Federal Public Defender

By: /s/ Todd M. Richman
Todd M. Richman
Va. Bar No. 41834
Cadence A. Mertz
Va. Bar No. 89750
Assistant Federal Public Defenders
Office of the Federal Public Defender
1650 King Street, Suite 500
Alexandria, VA 22314
703-600-0845 (tel)
703-600-0880 (fax)
Todd_Richman@fd.org

## **CERTIFICATE OF SERVICE**

      I hereby certify that on July 21, 2021, I filed the foregoing using the CM/ECF system, which will electronically serve a copy on counsel of record.

                                          /s/ Todd M. Richman
                                          Todd M. Richman
                                          Va. Bar No. 41834
                                          Assistant Federal Public Defender
                                          Office of the Federal Public Defender
                                          1650 King Street, Suite 500
                                          Alexandria, VA 22314
                                          703-600-0845 (tel)
                                          703-600-0880 (fax)
                                          Todd_Richman@fd.org