# EXHIBIT B

# Report of Michael. D. Lynch, Ph.D, Lt. Col., US Army (Ret.)

# (FILED UNDER SEAL)