# EXHIBIT C

# LETTERS FROM FAMILY AND FRIENDS

Megan Blevins

Ruth Bray

Amy Davis

Becky Hale

Robert Hale

Sarah Jones

Sonia Kennebeck

Noor Mir

Jesselyn Radack

Janet Tran

Brad White

Jessica Bass

Jon and Linda Darnell

Cynthia George

Tanner Jacobs

Kaylan Kennedy

Subin Kim

Stuart Roche

Honorable Judge O'Grady,

My name is Megan Blevins. I am writing to you on behalf of my friend, Daniel Hale. Thank you for taking the time to consider this information as you approach his sentencing.

My friendship with Daniel began around 2007. At that time, he was an exciting and giving person. He always had some sort of adventure planned. He took me to Kung Fu classes. He took me to beautiful hiking locations that I had never seen before. He took me to see my first opera. Daniel was one of the biggest supporters and motivators I had in my life when I decided to start acting in community theatre. That decision ultimately led to me going back to college to achieve a degree in theatre which truly changed my life. His friendship is something I cherish.

Although parts of Daniel's personality have changed since he left the military, he still remains an altruistic person. Even when struggling financially these past few years, he told me he spoke with management about other employees who were doing the same job as he was doing but made less money than he did. He said this caused problems for him at work, but he did it anyway because he thought it was the right thing to do. I tried to discourage him from that decision because I didn't want him to risk his job. I thought finding financial stability should be his biggest concern, but inside I felt ashamed for trying to dissuade him from following his personal convictions. I feel the same way when I think about him leaking classified information. I am frustrated with him because it seems he did not think of himself or his future and at the same time I am also moved by his dedication to his principles.

As a private citizen, I am grateful for Daniel's actions because I believe that citizens should be aware of how their government is using technology like drones. I believe the unpleasant realities of war should not be hidden from the public. If Daniel's actions led to more transparency regarding the possible killings of non-combatants, then his actions can arguably be considered noble and good while at the same time illegal. This moral conflict is a difficult one.  As someone who cares about Daniel, I am deeply troubled by the possibility of him being behind bars for an extended amount of time. I worry his depression would be exacerbated in an extreme, possibly irreparable way. I fear he will not have access to the resources he needs and that it will stunt his ability to function in the world upon release.

Your Honor, I understand you have a duty to uphold the law, but I humbly beseech you to apply leniency to the extent your position allows. I request that you consider that Daniel has been experiencing the consequences of his actions for many years now.

The government took six years to decide to take any action against Daniel. That's six years in limbo with uncertainty looming over his head. This is now the 7th year of this seemingly unending punishment. Because of this ordeal, he has experienced great mental distress and material instability. He has struggled to find employment, struggled with housing and has had to rely on other people to take care of his cat, Leila. He has problems making friends and trying to pursue relationships because he does not know what kind of future awaits him. He is now paranoid, irritable and very different from the fun, adventurous person he was when I first met him. This has not just been a constant source of stress and worry for Daniel, but for everyone who loves him as well. My hope is that you will consider all of this as time already served and that you will keep his mental health needs in mind when you consider a suitable sentence.

Thank you for your time and fairness in this matter.

Sincerely,

Megan Blevins

Ruth E. Bray

▮▮▮▮▮▮▮▮▮▮▮

Bristol TN, 37620

June 17, 2021

Honorable Judge Liam O'Grady
US District Judge

Dear Judge Liam O'Grady:

My name is Ruth Bray. I am a Christian, a wife, a mother to three beautiful children, and a registered nurse of almost 9 years. I am also a sister and am writing to you on behalf of my oldest brother, Daniel Hale. I hope to tell you more about how Daniel was raised and the long-term effect it had on him. In doing so, I hope to help you have mercy and grace for my brother when you sentence him this July.

My brothers and I were raised in a very poor and strict household. We were never homeless or had to live in government housing; however, my family had to utilize charity frequently (food banks, donated clothes, etc.). There was one month where we only ate beans and rice for dinner, because that was the cheapest meal my parents could provide us. Foreclosure notices and bankruptcy were frequent threats at our house. We waited on God to provide on a month-to-month basis. My parents never kept our financial status a secret from us either, even as young children. I can see the benefit of being transparent with your children, however as a child it was very stressful and burdensome to my brothers and me. I think because of our financial struggles, Dad had very high expectations of us. It was unacceptable for us to make anything but the honor roll at school. He always told me I would be either become a doctor or a lawyer. I didn't even realize there were other professions until I was older. Even when I became a nurse, I could tell my dad was somewhat disappointed. I tell you this because I am the third child and I know that as the first child, Daniel, felt even greater pressure from our father. Retrospectively, I know Dad's intent was good because he did not want us to struggle like he had. However, his expectations were incredibly demanding to us. When Daniel was attending UVA at Wise my parents and I went to visit him one weekend. I remember Daniel seemed to be happy to have us there and show us his accomplishments, a chance to make his dad proud. That night, Daniel was driving us to a restaurant when he ran over a bag of trash in the road, my father went ballistic. He yelled at Daniel telling him how stupid/irresponsible that was, and that Daniel had no idea what was in that bag. I'll never forget the look on Daniel's face and the change in his demeanor the rest of our visit. That is just one small instance where Daniel failed to meet our dad's expectations.

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

On a positive note, because of our religion, we were raised with a strong moral upbringing and sense of right and wrong. I hope this all gives insight to you on why Daniel did what he did. I know he would have had an enormous internal conflict (going against authority v. his morals) and it would have costed him great angst to come to the conclusion he did when he gave that information to the reporter. I know with certainty that my brother would not have done this flippantly.

Recently someone asked me to tell them a happy memory I have with Daniel. Sadly, this was not an easy task, because Daniel and I were not close growing up. I look back and try to think of why we were never close. There are several reasons that could contribute to it, our 4-year age difference being one of them. However, I think it is mainly because of how stressful our childhoods were. Our parents had too many stressors to focus on raising siblings with a strong bond. My brothers and I coped with our stress by doing everything we could to distance ourselves from the family as we got older. I would always be at friend's houses. Daniel, being a natural introvert, closed himself off even more and stayed in his room almost 24/7. My best friend of 24 years barely remembers Daniel because of how secluded he became. His mental health was surely affected by this.

I would like to give insight into Daniel before he joined the military. However, I was a self-absorbed teenager at the time and even less close with Daniel. I know he was struggling mentally because he dropped out of the University of Virginia and our local community college. On top of that stress, I know that our dad was pressuring him to get a job so he could support himself. This

This letter to you, without a doubt, has been the hardest letter I have ever written. I am in tears as I write thinking that I'll never get the chance to have a relationship with my brother, that he will never meet his nieces and nephew, that he'll never have a family of his own, that he'll go to prison and that will be the last of our chances at reconciliation. Please, I beg you, have mercy for my brother. He had a hard childhood and it affected him and I imagine it still affects him. He needs to start over and heal from all of this. Please let his suffering end, please.

Sincerely,

Ruth Bray

P. S. The happy memory I thought of was when we were young, we would bundle up on a snowy day and head to the nearby park to sled down a huge hill until our fingers felt like they

were going to fall off. Daniel was happy then; I hope with everything in me he has the chance to be that happy again.















Honorable Liam O'Grady

U.S. District Judge

Dear Judge O'Grady:

My name is Amy Davis, and I am a professor of English at King University in Bristol, TN. I have known Daniel Hale through mutual friends since approximately 2010, and we were roommates from June to December 2013. Daniel moved in with me shortly after he returned home from his time in the Air Force. He is a beloved friend and valued member of my community.

When Daniel cares about and commits to a cause, community, or friendship, he does so wholeheartedly. I did not know him well when he moved in with me, but over the course of our short time living together, he became a dear friend and trusted confidant. Daniel lived with me during my last semester of graduate school, which was naturally a busy and stressful season. During a time when I constantly felt like I was drowning, Daniel made sure our apartment was clean, the cat was taken care of, and I had something to eat. He is extremely thoughtful and observant of other people's needs. He kept himself up on my hectic schedule and checked in with me via text on long days. He stayed up later than me, but I would regularly wake up to a ready-made breakfast, packed lunch, or a batch of cookies. He is an excellent cook, even if he was a vegetarian at the time.

When he lived with me, Daniel began speaking out about his experiences in Afghanistan. He spoke about it privately to me and his other friends, as well as at events in our town, in DC, and elsewhere. Especially in those early days, he poured all his energy into taking his experiences in the Air Force and turning them into a story that he could share with people. Narrativization like this is fundamental to the healing process for many people, and it was clear that telling his story had a healing effect on Daniel. He did not center himself in the telling, but rather on the people he saw affected by injustice. In his book on trauma, *The Body Keeps The Score*, Bessel Van Der Kolk says, "As long as you keep secrets and suppress information, you are fundamentally at war with yourself…The critical issue is allowing yourself to know what you know. That takes an enormous amount of courage." By telling his story and naming the injustice he saw, Daniel was healing himself as well as feverishly trying to help others. It took an enormous amount of courage.

Daniel is no stranger to trauma. His childhood was one of abuse and neglect, and as a teenager he bounced around, sleeping on friends' couches. He has not had the benefit of a support system or the freedom and confidence that come from having a family that you can rely on. Daniel shared with me that his parents were dedicated members of Emmanuel Baptist Church, and Daniel was made to attend church with them and participate in the church community. Being forced to attend a fundamentalist church can be traumatic and disorienting enough, but at this church, Joseph Combs was the pastor. Joseph and his wife, Evangeline, made national headlines for taking an infant girl, enslaving her, raping her, beating her, and abusing her in every way imaginable for 20 years. I remembered watching the story on the news before I met Daniel or moved to Bristol, and the story stuck with me. Daniel grew up with Elsa Garcia. A major authority figure in his young life was an enslaver and a rapist. Growing up in this environment led Daniel to mistrust institutions and authority, and to seek out and expose injustice. He finds no comfort in tradition because to him, tradition exists to exploit the innocent.

While he lived with me, Daniel told his story about his experiences in the Air Force, and he was also a passionate advocate and activist for women's rights. Along with a few others, he began a group called Pro-Choice Bristol after seeing women yelled at and mistreated by protesters as they entered the Bristol Regional Women's Clinic. He gathered support within the community, made blinds and signs, and acted as a buffer between the protesters and the women as they walked into the clinic. Daniel speaks up for the marginalized and

is driven to stand up to injustice. He didn't have to do any of this—none of it affected him personally, but he spent a great deal of time and money on this activism. He is one of the only people I've ever met who truly lives the words of Maya Angelou: "No one of us can be free until everybody is free."

Like many poor kids with no options and no family support, Daniel turned to the military to create a path for himself and because he felt like he had no other options. What he found there was only more injustice, more abuse of power, more innocent lives destroyed. The military has a long lineage of eating its young, and Daniel is no different. But instead of turning in on himself, as so many veterans do, with substance abuse, self-harm, and suicide, Daniel took his experiences and had the courage to call out injustice. He saw the drone program as injustice—as more lives being stolen in the darkness—and he couldn't stand for it. Daniel knew the risks of saying too much or sharing classified documents, but he acted as he felt he had to if it would save innocent lives.  For Daniel, speaking up is the only option. Some would like to pathologize this dedication and try to discredit him, but what he has is a rare and amazing power. It's an old story: a man whose mission is to stand up to injustice quickly finds himself the victim of injustice.

Daniel's mental health is a consistent topic of discussion among his friends. Daniel has shown clear signs of PTSD since I have known him. His years under investigation have taken away any hope he had to find safety in community and live a normal life. When we talk about Daniel's mental health, we are not talking of weakness. We are talking about the immense power of the human spirit to speak truth and prevail in the bleakest of circumstances. My husband and I have discussed Daniel's situation and his future frequently and at length. We are wholly agreed that should he want, and when he is free, he is welcome to be part of our home and our family. While he is not free, he is still family to us, and we will help him however we can.

I'm not an activist. My life and my politics are not extreme. I'm a teacher in a small town, and my reach is small. Daniel's path and mine are very different. The life he has lived has been harsher than most, and it is the source of his trouble but also his power. Daniel is a truth-teller. Our community and our country need people like him. I am honored to know him.

I respectfully ask for leniency in Daniel's case.


Sincerely,


Amy Davis

June 18, 2021

Becky Hale

████████████

Bristol Va. 24201

Honorable Liam O'Grady
U.S. District Judge

Dear Judge O'Grady

As a wife pleading for her husband or a husband pleading for his wife is hard.  But for a

Parent pleading for their child is trillion times harder because she gave birth to the child.

Her Blood flows through him or her so where do I start, I'm the mother with a broken heart

of the young man that will stand before you his name is Daniel Hale my oldest son who I

Love and pray for dearly Daniel is a well manner young man he followed the rule's One

Summer he spent time painting with his b-betty (grandma) flowers and won first prize

Another time when he started school in first grade, he counted to 100 the teacher was

So excited she called me at home to tell me.  I was proud of him I knew he could do it

Daniel didn't have a lot of friends growing up But Daniel does have a kind and loving heart

Have you ever heard the saying a person wears their heart on their sleeve well I know

Out of 3 of my kids 2 of them do as so do I.  I have to say Daniel takes after me were

both introverts as a parent we try to teach our kids manners, ABC's and 123's and

Don't climb on that you just might get hurt and try to do your best in school to get a

good education so when you go out into the world you will know a little something.

So that's why I'm pleading for my son I understand why he did what he did in Daniel's

Mind he knew it was wrong to kill innocent people If a person sees something and knows

In their heart and mind, it's wrong then why shouldn't they speak out about it.  In Daniels

Mind he knew it's wrong to kill civilian's so by speaking out to the world just maybe

Someone would care enough and know it's wrong and do something about it.  One thing

We don't prepare our kids for is war it's terrible and for what Daniel saw will be in his

Mind forever So as a mother I'm asking for what a person has gone threw in war by

Sending them to prison how will it help their already tormented Daniel did what he believed

Was right hasn't he suffered enough I ask God if there's any doubt in your mind to touch your

Heart to have mercy on my son and do not send him to prison.  Daniel has a good heart.


Sincerely,

Becky Hale

Becky Hale

(Mother of Daniel)

6/18/2021

To:     To the Honorable Liam O'Grady
        U.S. District Judge

From:   Robert E Hale
        ████████████████
        Bristol, VA 24201-4085

Regarding: Daniel E Hale

Honorable Sir,

Daniel is my first-born, my son. I probably do not need to tell the court of this significance to me. He has a smile that can light up a room. Daniel turned out to be an introvert however his early childhood did not indicate that this would be his character. ████████████████████████████████ ██████████████████████████████████████████████████████████████ ██████████████████████████████████████████████████████████████ ████████████████████████████████ Until the last ten years we have always been fairly under middle class. I had been an ordained Christian minister called to the trucking industry.

I retired from that position the day that I was led to go team trucking with my brother at the age of 50 years. I am 59 now, my brother retired when I was 58. Ten months later my new partner wreck us on June 27, 2020, and I am home now on workman's compensation and in application for Social Security disability.

I said all of this to try to explain to the court that Daniel's attitude towards injustice to be based in Christian values weather he acknowledges it are not.

Your honor I was wondrously and gloriously saved in Marine Corps Boot Camp in San Diego, CA in 1979. I then asked to be placed in a conscientious objector's position for which they refused even though I had overachieved on the entrance exam.  Upon acceptance, they wanted me to go to officer's training but I needed a place to stay.  I am not a conscientious objector now, however like Daniel I would have great tribulations over the killing of innocent non-combative population. I was given a General Discharge under Honorable conditions due to my faith and Congressman Bill Wampler in 1981.

Daniel has always been intelligent with a big heart. At the age of 13, I gave him a Rubik's cube. He solved it in around 30 minutes! I knew then he was far above anything I had as far as brains. Daniel was bullied a lot in grade school due to his intelligence and our poverty, He was accepted to a private school called Sullians Academy. Daniel did not finish there. He was dismissed after threating some of the bullies in the sixth grade, if I am remembering correctly. He then entered public school.

This caused Daniel to become even more introverted. About this time, I got us our first computer, Daniel was a natural. Between martial arts and the computer, I thought that maybe we were on the right path. Also, his grandmother had gotten Daniel into private art classes, and he won some awards, but Daniel never perused it, probably due to my wrong discouragement. (One of my many parenting malfunctions!). █████████████████████████████████████████████████████████ ███████████████████████████████████████████████████████████████████████████ █████████████████████████████████████████████████████

Daniel achieved his Life Scout bandage. In this I again goofed as a parent. He had been a part of a troop at the Methodist church. We had just recently joined a Baptist church across town. I made him switch troops to the one at the Baptist church. (Yet another mistake) Daniel was greatly bullied by the Deacons children which greatly accumulated his mental stress & trauma. Piety can be such a bad thing.

If the FBI had interviewed my wife and I before accepting Daniel into the intelligence field of the Airforce, I do not know that they would have put him into the drone program. Last I talked to Daniel, the day before he left to Afghanistan, Daniel was working at a military dentist office and he told me that he was going to work in a listening station in Afghanistan. He has studied Mandarin Chinese in the military school so while I did not understand I took it well. I have not heard his voice since. However, God did answer my prayer and let me see him on State St. here in Bristol, but he never stopped by or called. Breaks my heart, ████████████████████████████████████████████████████

I guess I do not know my own son, or at least, he does not care to know me anymore. But maybe one day that will change. I hope it is before I pass on. I have waited to the last day to address this letter to you because my heart pain is almost as great as my physical pain in writing this letter. The worst of this is Daniel is missing the rearing of his nephew S███ and his baby sisters, nieces E████ & E██ These were birthed by Daniel's baby sister, Ruth & her husband Brandon Bray.

Your honor even intelligent people can get fooled. I do not know this to be true or false, but somehow, I believe that Daniel may have been misled down a path to this court. In some way, Daniel was led to believe that the track to "whistleblowing" was via this media organization. While getting the message out did happen, none of the "whistleblowing" protections were available, therefore tricked, and now he has to pay for it.

I do not know if this letter will affect your decision, but I hope that it will, and that mercy and grace will rule through you in this heavy decision.


Sincerely,

*Robert E. Hale*

Robert E Hale

Your Honor,

My name is Sarah Jones, and I'm a senior writer for New York Magazine. I've been friends with Daniel Hale since 2013, not long after he'd left the Air Force. When we first met, I'd had an idea. I wanted to help the local women's clinic by escorting patients who would otherwise have to face a gauntlet of local protesters. Daniel was one of the first people who agreed to help. Helping came naturally to him, it seemed. I can't drive because of a medical condition, so he'd ferry me around in his car and we'd talk about everything. Politics, our mutual friends, our upbringings in the rural outlands of Bristol. He was a dedicated and reliable volunteer, and a reassuring and thoughtful presence to all who encountered him.

All I really knew then was Bristol, and the people in it. My limited time outside the hills that sheltered Daniel and I as children had not gone according to plan. Daniel and I had that in common. It's hard to leave Bristol. The area is poor, and opportunities are few. Yet we'd both been eager to leave home, to do something, to find out who we were going to be. The answer eluded us both, I think, even in 2013 when we were both in our mid-twenties. The world seemed much smaller to me then, and Daniel was such a big part of it. We were restless, and ideological, and we wanted so desperately to do the right thing within ourselves. We'd argue, sometimes, but we always stayed friends. He'd get in touch over the years just to tell me he was proud of me. I treasure each message, and not just because they were kind words from a friend. They were proof of life.

In 2013 I learned another thing about Daniel. He appeared to be suffering, and in my naivety I couldn't quite figure out why. I assumed it had something to do with his military service, that maybe it was a form of post-traumatic stress. He was obviously conflicted about his time in the Air Force, and was upset at what he'd been asked to do. He could be depressed, and angry with himself; it was as if by fighting for other people he could put something right within his own person. Years later I came to understand him a little better. My fiance is a former U.S. Marine who deployed to Iraq. He served this country honorably, but he, too, is conflicted about his service. He is not at peace with what he was asked to do. He was never in a position to do what Daniel did; I will not have to write a letter like this on his behalf. But I can see a semblance of Daniel in him, too.

Daniel committed a crime. I don't deny it. But when you sentence him, I ask you to consider what twenty years of war does to the men and women who fight it. Some injuries go unseen. They are moral as well as physical. Recovery is long, and it is fraught, and sometimes it may not be entirely possible. I ask you to think about what it must be like to live with this kind of injury and then with the threat of incarceration, for years. That kind of life isn't prison but it's not freedom, either. I am afraid for my friend and believe that extended time behind bars will be catastrophic for his mental health. He is not violent. He is one of the most empathetic individuals I have ever known, and he will make the most of another chance at life.

I am asking for mercy. Thank you for your time.

Sincerely,

Sarah Jones

 

@tenforwardfilms.com
www.tenforwardfilms.com

July 2, 2021

Honorable Liam O'Grady
U.S. District Judge

Dear Judge O'Grady:

My name is Sonia Kennebeck. I'm a filmmaker and journalist with almost 20 years of experience in political and social justice reporting. I have a Master's Degree in International Affairs, and have received awards and grants from organizations like Foreign Policy Magazine, Sundance Institute, International Documentary Association, and the Reva and David Logan Foundation. My work has been published and reviewed by major outlets and publications, including The New York Times.

In February 2016, my feature-length documentary film about military drones, titled *National Bird*, world premiered at the 66th Berlin Film Festival and went on to screen at other reputable festivals around the world, including Tribeca Film Festival in New York City. *National Bird* follows the personal journeys of three drone program veterans in the United States and survivors of an airstrike involving drones in Afghanistan. The film received substantial funding from the Corporation for Public Broadcasting (CPB), NDR German Public Television and German film funds, was broadcast on PBS, distributed globally on Netflix, and received the prestigious Ridenhour Documentary Film Prize and an Emmy Award Nomination for Outstanding Current Affairs Documentary.

Daniel Hale was one of the lead characters in *National Bird*, and my production team and I filmed and interviewed him repeatedly over the course of more than three years. During this time, Daniel was raided by the FBI and after extensive consultation with attorneys and Daniel himself, we jointly decided to continue documenting his story and the impact the Espionage Act investigation had on him.

Over the years, my team and I got to know Daniel as an intelligent, principled, and reliable person who took his military service and work in intelligence very seriously. We have also seen him be deeply caring and compassionate for people and specifically families, children, and other civilians who lived through wars and were affected by drone strikes. Like other veterans in the documentary, he decided to be interviewed to educate the general public about drone warfare and how the use of unmanned aircraft impacts military personnel, veterans, and people in countries targeted by drone strikes. The film addresses a general

1




@tenforwardfilms.com
www.tenforwardfilms.com

audience that has little to no knowledge about drones and is meant to give a broad overview of the system, the legal and moral discussions surrounding the drone war, as well as insight into the psychological impact the use of drones has on military personnel and survivors in target countries.

From the beginning, Daniel was very considerate about what he could safely share about his work, which he expresses near the opening of the film: *"I have to be very...extraordinarily cautious about what I can and can't say on camera."*

Later he provides differentiated expert commentary: *"People often times get mixed up in the anti-drone movement, trying to say that we should just ground drones and we just eliminate drones from our lexicon, and never allow them to exist in this world. It is just too dangerous. And I don't necessarily agree with them, because ...drones are going to be part of our...our life here pretty soon. They're gonna be, most likely, they're gonna be doing things that...that we were only able to do with people on a plane before. It would be like dusting crops or planting seeds, or doing humanitarian surveillance to...during floods and disasters ... to try and locate victims. You know they're gonna be there. But there's also that other dangerous side to them that makes...that makes war so easy and so convenient and so simple, that the people who have access to this technology, and access to this capability, just say why wouldn't I use this? It's too easy. "*

And he also shares why he was personally affected by the work he was doing: *"The most disturbing thing about my involvement in drones is the uncertainty if anybody that I was involved in "kill or capture" was a civilian or not. There's no way of knowing."*

While Daniel was willing to discuss some of his personal experiences in the drone program in order to educate the public and support other military veterans, his main incentive was to shine light on the victims and survivors of drone strikes. For him, their stories mattered the most, and he saw his role as an expert who could provide information and context for a general American public to help them understand how technology changed the way wars are being waged in places like Afghanistan and Iraq, and how civilians are being impacted. During our filming and interviews, Daniel was extremely humble and never wanted to focus on or draw attention to himself, and there was no personal or financial benefit for him to participate in the film. I believe, he only spoke out for humanitarian and educational purposes.

After Daniel was raided by the FBI, which was about halfway through production, we witnessed a dramatic change in him. Whereas he was previously an active and social

2

Ten Forward Films Inc.

Brooklyn, NY 11207

 

person who was committed to his work, education, friends, and social justice activism, after the raid, he withdrew from most people close to him out of fear of involving others in the investigation against him. The isolation, traumatic house search, lack of information, and uncertainty weighed heavily on him and we saw him in great distress and depression, which deepened as the years passed. In the almost five years between raid and indictment, Daniel couldn't plan his life and future, or make new meaningful connections with people out of fear that he could be charged at any time.

From my perspective as a journalist and filmmaker who has interviewed many people who have experienced trauma, Daniel was severely impacted and traumatized by the secrecy, length, and uncertainty of the Espionage Act investigation. He was left in complete jeopardy for many years, under ostensible surveillance and at constant risk to be arrested, and with the knowledge that this situation could have continued indefinitely. I think the psychological pressure was nearly unbearable for him, and understandably so. During the past seven years, I saw Daniel become depressed, anxious, and lose weight. It was heartbreaking to see him suffer for so many years and witness his physical and emotional decline.

*National Bird* captures a small fraction of his hardship: his weight-loss, permanent state of shock and despair, and even moments when he shivers on screen. In another interview he shared his state of mind: *"It's really tough to...to describe what that feeling is like. You know having the image in your head of you know just taking your own life is like it's...it's not a good feeling. It's not something people should...should have to deal with. And...in so...yet despite...and yet...yet we do. Yet we do have those thoughts sometimes. When we are in our like...when we are in our darkest places and we have...a lot to worry about. And the future is uncertain and we are...you know we feel guilty about our past actions, or of something of that sort. I'm not sure."*

With the help of expert testimonies from people like Daniel Hale, my film gave a journalistic and balanced account of the drone program, and it has screened on public television, at colleges and in other educational settings, and it has been discussed and referenced by numerous academic researchers, elected officials, scientists, active military personnel, veterans, and journalists around the world. After many years of covering drone warfare, I can say with certainty that Daniel's contributions have had substantial educational, historical, human rights impact, and might have even saved lives.

As an experienced journalist and after researching and documenting Daniel Hale's story for many years, I have no doubt about his status as a whistleblower, and I strongly believe he

3



Ten Forward Films Inc.

Brooklyn, NY 11207



█████████@tenforwardfilms.com
www.tenforwardfilms.com

should receive the consideration and protection that comes with this definition. All the information he cautiously shared with me or other reporters was of great public interest and continues to be of significant value for our democracy and society. We live in a country that values free speech and a free press, and safeguarded these rights in the First Amendment to the Constitution, but journalists cannot continue to report freely if their sources or they have to face high prison sentences under the Espionage Act. It is also concerning to see that whistleblowers are currently treated much more harshly than actual spies and careless leakers, such as General Petraeus. Daniel never blew the whistle lightly, nor did he gain from his whistleblowing, in fact, he has already made substantial personal sacrifices to expose government misconduct. I hope that his important contributions to his country and all American citizens will be considered in his sentencing.

I would like to end with another quote from *National Bird*, which gives some insight into Daniel's motivation to speak out: *"I think as any activist would be I am primarily optimistic about the world. You know for all the cynicism and pessimism that comes out of me, I think that…when it really comes down to it you just have a, you have a love for humanity, a love for human beings and one another that you believe that… there is the possibility of change. And that another world is possible, as they say."*

Thank you for your consideration, and please contact me via phone at ███████████ or email at ██████████@tenforwardfilms.com if you have any questions.

Sincerely,

Sonia Kennebeck
Director and Producer
*National Bird*

Ten Forward Films Inc.
█████████████
Brooklyn, NY 11207
████████████

Honorable Liam O'Grady
U.S. District Judge

Dear Judge O'Grady,

My name is Noor Mir, and I have known Daniel Everette Hale since 2013. We have a deep and true friendship, and he has been an integral part of my life and my social circle ever since we were introduced. I live in Washington, DC with my husband, who is also a close friend of Daniel's; I am an immigrant from Pakistan, where my parents and my family still reside permanently. I own a consulting firm, where I work on matters pertaining to women's rights, the environment and immigration.

For the 7 years that I have known Daniel, he has been a compassionate, caring and reliable friend who has always tried his very best to do the right thing. When I first met Daniel, he had just joined the veteran activist community, where he worked hard as a volunteer to connect with younger veterans in the DC area that, like him, had their whole lives ahead of him and needed emotional and material support to get back on their feet. He cared immensely about making sure that they were fed, clothed and housed, but also that they felt loved and cared for.

Daniel's spirit of giving back, even when he had very little, has not wavered over the years. From Nashville, he wrote to me about volunteering with refugees at a local church. In DC last year, he quickly became friends with the homeless community at the train station near his house, splitting his groceries, bringing them water and providing them with sanitary supplies, even after he had a tragic bicycle accident that left him unemployed, and he had little to nothing to spare. When he was working at a Mexican restaurant in Northern Virginia last fall, he stood up for his fellow employee who was being unfairly treated by their supervisor. If Daniel ever stayed over a night at a friend's, you could count on a gourmet meal, or waking up to him cleaning and organizing everything in sight. And if he ever owed you anything, whether it was a meal, or Just a quarter, he would always give it back as soon as he could. Anyone who knows Daniel can name a time where he has set an example for the rest of us.

Daniel always chooses to do what he believes is the right thing, even if it is at the expense of his own comfort. To me and other Pakistanis, Yemenis and Afghani young professionals in the US that have been closely following Daniel's case, he is a brave man who took great risk to do what was correct. We come from countries where speaking the truth is nearly impossible to do. The American tradition of honoring brave truth-telling is one that immigrants admire, and that we believe Daniel exemplifies. As his friend, I worry deeply about him if he continues to be incarcerated. In the outside world, Daniel has a community of caring friends that will continue to ensure that he is on the right path, one where he is employed again, healthy, and intellectually stimulated. I know that I myself can commit to being by his side for the years to come, ensuring his safety and stability.

Sincerely,
Noor Mir



**WHISPeR**

Whistleblower & Source Protection
Program

████████████

Washington, DC 20006
https://exposefacts.org/whisper

Honorable Liam O'Grady
U.S. District Judge

Dear Judge O'Grady:

I am an attorney who met Daniel Hale in 2014 after search warrants were
executed at his residence. At that time, attorney Abbe Lowell and I both
represented him. During the subsequent five years, there appeared to be no
activity in the case.

When Daniel was indicted and charged in May 2019, he was living in
Tennessee. He stayed with my family in July 2019, and moved in with us
from September through December 2019. During that time, he suffered from
extreme anxiety, depression, PTSD, and suicidal ideation. This caused him
to self-isolate. He barely left his room, did not eat, did not interact with
others, and had insomnia and erratic sleep patterns. Despite these crushing
burdens, Daniel worked multiple jobs, cooked meals for our family, and
attended to assorted neighborhood pets. When he did interact with us, Daniel
was polite, helpful, kind to my kids, and respectful of our household.

Since he moved out, Daniel continued to deteriorate. He became emaciated.
He quit shaving and appeared disheveled. On the telephone, he would speak
in a weak, monotone whisper. His dread seemed all-consuming. A number
of his friends staged an "intervention" to let him know he was not alone, and
urge him to get Veterans disability benefits. A mutual friend, Lisa Ling,
drove here from California to do his paperwork because he was so paralyzed
physically, cognitively, and emotionally.

Like the dozen other U.S. drone program whistleblowers I represent, Daniel
was crippled by moral guilt from his participation in targeted assassinations,
which he considered to be violations of international law and human rights

obligations. In the award-winning documentary "National Bird," Daniel expressed torment over "the uncertainty of whether anyone I was involved in kill[ing] or captur[ing] was a civilian or not." He was equally troubled by the fact that, during one particular time period, nearly 90 percent of those killed by drone strikes were not the intended target -- and nearly half of the database of terrorist suspects had no recognized terrorist group affiliation.

Daniel is principled, pensive, selfless, and has a strong moral conscience. I think he finds himself in the present circumstances because of an over-abundance of these traits. I also know that in Espionage Act cases, intent can only be considered at the sentencing phase. Daniel's intent was well-meaning. He did not disclose information for fame, profit, or revenge. He did so because he believed it was in the public's interest to know that the government was using an overly broad terrorist watch-list for lethal targeting, underreporting civilian drone casualties, and overstating the surgical precision of drone strikes -- all concerns that were later documented and validated by civil liberties and human rights groups including the ACLU, Amnesty International, and the Center for Constitutional Rights.

Please know that whatever sentence you decide upon will pale in comparison to the self-recrimination with which Daniel lives and will bear the rest of his life. I urge your mercy.

Sincerely,

Jesselyn Radack, Esq.

Washington, D.C.  20016

@gmail.com

Janet Tran
██████████
Washington, DC 20009
██████████
█████@gmail.com

Tuesday, June 29, 2021

The Honorable Liam O'Grady
U.S. District Senior Judge

U.S. District Court for the Eastern District of Virginia
Albert V. Bryan U.S. Courthouse
401 Courthouse Square
Alexandria, VA 22314

Dear Judge O'Grady,

My name is Janet Tran, and I am a 28-year-old woman originally from Philadelphia, PA. I am currently living in Washington, DC, where I work as an engineer in the architecture and construction field. I am writing to you on behalf of Daniel Everette Hale to attest to his character. Contrary to the impression one might receive from examining only the State's case against him, my own personal knowledge of the man convinces me that none of the actions for which he has been charged and pleaded guilty derived from a place of malice. That point is central to what I hope to convey.

In the autumn of 2020, Mr. Hale and I connected on a dating app and subsequently developed a romantic connection that lasted for several months thereafter. At present, though the circumstances surrounding his incarceration and sentencing have made the continuation of this romantic connection untenable, I have remained a supportive friend. We have maintained regular contact since his arrest on April 28, 2021.

Daniel Hale comes from a modest working-class background in Bristol, Tennessee. He is the eldest of three with a younger brother and sister. His father worked in the transportation industry driving semi-trucks, which resulted in his absence from the family for days to weeks on end. His parents struggled financially to raise all three children and Daniel was sent to live with his grandmother for extended periods of time. Over the years Daniel has become estranged from his family mainly due to his father's emotional abuse.

It is no novel narrative that a young man with limited economic opportunity joins the United States military. When Daniel joined the U.S. Air Force, it was out of financial desperation. When he thereafter deployed to Afghanistan, he had to face realities that most American civilians never have to consider and which Daniel – in an ideal world – would have never sought to confront. Since the day that he left Afghanistan, he has struggled to reconcile his participation in war. He is a man with a deep moral grounding and respect for human life, which explains his participation in civic organizations such as *Veterans for Peace* and *About Face: Veterans Against The War* as well as his activism fighting for the human rights of all people.

Because of the value he places on all human life, irrespective of nationality, Daniel bears a heavy burden of guilt for having seen and inflicted death and destruction. Daniel does not view himself as a hero despite the way in which some of his supporters and well-wishers choose to portray him. He is facing federal criminal charges as a consequence of both circumstance and conscience. He committed a crime under the Espionage Act to which he has confessed.

However, he is not a traitor, nor is he a spy. He was not motivated by any personal gains, whether they be money or notoriety. He was motivated by something many veterans who return from war must face: a guilty conscience. The sad irony of his current situation is that prison is not a new experience for Daniel Hale; in a manner of speaking, has been a prisoner of his own mind since the day he departed Afghanistan. I recall a moment when he had awoken in the middle of the night in terror and anger. Daniel Hale lives in a constant state of moral anguish stemming from trauma, stress, and knowing the reality he is up against; he needs society to help him heal.

Allow me to give a sense of the ordinary routine of Daniel Hale. Prior to his arrest, he lived with his house mates Bob Hayes and Rob Wohl and his cat Leila. He is not averse to working and was a cook in Sterling, Virginia. He enjoys cooking, cleaning, and washing dishes partly because it helps occupy his mind and serves as an escape from his anxiety. He also enjoyed riding his motorcycle as it was therapeutic for him. He is a skilled mechanic and spent time fixing his bike when it broke down. However, in October of last year, he got into a car accident and broke his foot, totaled his motorcycle, and lost his job. He had to rely on others to get around and that was difficult for him. He is an independent-minded person who struggles to ask for help. In fact, this very letter was completely unbidden by him and was written by me on the advice of his legal team, with whom I have also been in contact.

In the time that I have known Daniel I have witnessed his capacity to have compassion for strangers. He is not someone who is a bystander, in either the figurative of literal sense. For example, I can recall a time when we saw a stranger picking through the trash searching for any possible scraps of food, which then compelled Daniel to offer this man money for a meal – this in spite of his own meager financial resources at the time. Furthermore, when he witnessed the killing of Karon Hylton last October outside his home in Washington, DC he took it upon himself to seek out the Hylton family's lawyers to offer a witness statement. And to instance one final display of his compassion, when he was working at a different restaurant than the one I previously mentioned, he was offered a higher salary than two employees who were providing equal labor to him. Daniel subsequently proposed to his employer that he would take a pay cut, so his coworkers could be compensated equally and thus avoid the very economic dislocation that he has known only too well.

It would be a tragedy for the soul of America to neglect to treat Daniel Hale with compassion in the way he willingly did for so many. I simply ask that you have mercy.

Sincerely,

Janet Tran

Brad White
 , Washington, 98118
@gmail.com

June 24 2021

Dear Judge Liam O'Grady,

My name is Brad White, and I am a longtime friend of Daniel Hale. Currently, I am living in
Seattle, WA and serve as the Media Relations Manager for the King County Council. I am writing
to you to urge you to consider Daniel's true character as you move toward your decision in his case.

Over the last few months, I have struggled, through anger, sadness, & disbelief, to find the word
necessary to compose this letter. Daniel has always been much more than a dear friend to me; quite
simply, Daniel is the closest thing to a brother that I'll ever experience. In the early stages of our 22-
year-long relationship my childhood home served as a refuge for him, a place for him to escape the
turmoil of his own family life and a man who was more often cruel than fatherly. While Daniel and
I shared a dynamic group of friends, it was he and I that clicked on a deeper level -- our bond was
made strong by the place we occupied near the bottom of the economic totem-pole. I like to think
that what we lacked in material wealth was made up for by our shared ambitions and desire to see
and do good in the world. Daniel, although largely apolitical throughout high school, always carried
with him a strong moral sense of duty and fairness. Spurred in part by his own father's
shortcomings Daniel always strived to infuse his interactions with kindness and empathy.

Not having the means to attend college long term, Daniel would work odd jobs after high school but
even then, we kept in close contact. In 2008 I became a Field Organizer for Barack Obama in
Virginia during his first Presidential bid. Daniel, who was still largely apolitical at the time, would
tag along with me to campaign events, canvasses, phone banks, and office hours just because he
could feel the sense of purpose that I had gained during my time on the campaign. I am aware that
Daniel's presence at these events was noted during his proceedings and would like to state here for
the record that I am the reason for that. The following year would be when Daniel joined the air
force, a decision he made simply because he felt that options for a better life than what he'd been
dealt at birth were slipping away.

Daniel's time in service was noticeable rocky for him. We couldn't talk as much as we had become
accustomed to over our lengthy friendship, but in the moments that we did I could tell that
something was eating at him. It was that strong sense of moral duty and fairness tugging away.
Judge O'Grady, I am writing to you to make it known that I stand not only with Daniel but by his
actions as well. His actions are not those of a man seeking to betray, dishonor, or damage this
country or its people. They are the actions of a forthright man who saw it as his duty not only to
honor the lives of countless innocent victims of heinous war crimes, but to also save the souls of the
American people. If this country is founded on the belief that its people, not the government, are the
seat of power, then upholding and protecting those who would hide programs, like the Drone
program, is simply unamerican. We cannot hold our government accountable if it hides things from
us. We cannot hold our government accountable if we never look beyond the surface. For this
reason alone, I believe that Daniel, on some level, is deserving of praise.

 I ask that in you consider not only Daniel's character and his sense of moral duty, but also his
service to the American people as both a member of the United States Airforce and as a teller of the
truth. I ask you to consider what will become of our country when we continue to turn our backs on
the truth. I ask you to please consider leniency in the case of Daniel Hale, my friend, my brother,

and advocate of truth in the American discourse. We must not punish a man for the very qualities that exemplify the American mythos.

Please do not hesitate to contact me if you should require any further information.

Sincerely,

Brad White

The Honorable Liam O'Grady
United States District Judge
United States District Court for the Eastern District of Virginia

Dear Judge O'Grady,

My name is Jessica Bass and I am a second grade teacher in Knoxville, Tennessee. Daniel Hale is a close friend and former roommate of my oldest and dearest friend. I am writing this letter to respectfully request leniency in Daniel's case.

Personally, I have met Daniel only a handful of times. However, that was enough to get a strong impression of him. When he first began living with my friend, they did not know each other well. However, that did not stop Daniel from helping and caring for his new roommate. They became fast friends. They were both living in Bristol, Tennessee at the time while I lived two hours away. Although that is not an insurmountable distance, it does keep me from being available to my friend at a moment's notice. That is hard in a friendship when you know a friend needs you. Daniel was there for her when I could not be and I am grateful to him. This is just a small example of the caring person I know Daniel to be.

I know it was hard for Daniel to witness what he did during his time in the Air Force. We all see injustice on a daily basis and most of us do not have the courage or the conviction to do anything about it. Daniel has that courage and conviction. He knew the risks involved in his action to speak out, but that did not deter him from speaking out anyway. I believe this to be an incredibly selfless act. I wonder how many others, myself included, would risk their freedom to expose injustice and try to save the lives of strangers.

Daniel has impacted so many lives for the better, including my own. Please consider this when making your decision.

Sincerely,


Mrs. Jessica Bass

May 6, 2021


Honorable Liam O'Grady
 U.S. District Judge


 Dear Judge O'Grady:

Our names are Drs. Jon and Lynn Darnell.  We are writing in reference to Daniel Hale.  We met Daniel at a young age when his family came to our church.  I would estimate that he was in the vicinity of ten years old.  Maybe a little older.  His family stayed a few months then were gone for a couple of years.  We believe Daniel was about twelve years old when his family came back to our church and continued as committed members up to the closing of the church when we retired a little over a year ago.

Daniel was very quiet and reserved.  His younger brother, Ben, was quite the opposite so Ben got much of the attention.  Daniel was very polite, calm, and followed the rules.  All three children attended a youth group that occurred midweek.  Daniel participated and was quick to do anything we asked but was not one to volunteer anything.  We attributed that again to the fact that both his siblings had outgoing personalities.  As the older sibling, Daniel often watched out for his siblings.  We worked hard to develop a relationship with Daniel.  We found out he was interested in music and wanted a violin so we bought him one for his birthday.  It really impacted him and we were able to have longer conversations with him after that.

We were never able to determine what caused Daniel to be so withdrawn but had a feeling that something had transpired at an early age, possibly at a time when he was staying with his paternal grandmother, though we didn't feel like it was with his grandmother.  We were deeply impressed with Daniel's maturity and his deep convictions on right and wrong.  His parents were strong Christians and though his father was a truck driver and out of the home much of the time, he had taught his children the Bible and strong moral ethics.  They are very giving and caring people, far above average.

Daniel and his sister Ruth continually impressed us with their maturity and knowledge of the Scriptures.  We witnessed both Ruth and Daniel make decisions in their own lives that were quality decisions.  Neither of them were likely to follow the crowd.  Both had jobs and plans for a solid future long before their peers were thinking about those things.   We expected both to do well in life.

Daniel left home when he graduated and we have not seen him since.  We did keep up with him through his family.  Everything we heard made us proud of the man he grew to be.  We were shocked when we heard of the current issue but we both believe that Daniel would have had to have extremely strong convictions that he was doing the right thing or he would never have broken the law.

We hope that Daniel will find favor with your honor and he can get his life back on track.


Sincerely,

Dr. Jon Darnell

Dr. Lynn Darnell

Honorable Liam O'Grady
US District Judge


June 15, 2021

Dear Judge O'Grady:

Hello. I am Cynthia M. George, PhD, MSSW, Assistant Professor of Social Work at
Tennessee State University in Nashville, Tennessee. I am writing you today on behalf of Daniel
Everette Hale. I originally heard about Daniel on May 28, 2019 after I had responded to a
request from a friend of mine who was trying to find a foster home for a cat. My friend put me in
touch with a woman named Megan Blevins. When speaking with Megan, she explained that the
pet's owner was incarcerated and subsequently homeless and very much needed a place for
his cat to stay until he could get stabilized again. I had some reservations and said that I did not
want to get involved if the incarceration was about burglary/robbery/theft, domestic violence,
selling drugs, or something similar that might be dangerous for me. Megan ended up telling me
that the cat's name was Leila and her owner was Daniel Hale and what he had recently been
arrested for in Nashville. I was not aware of Daniel's case prior to this, but I did some research
and watched the documentary that discusses his life titled National Bird. After reflecting on
Daniel and Leila's situation, I decided to contact Megan and agree to take care of Leila until she
could be reunited with Daniel.

We arranged for Megan to bring Leila to me the next day. Daniel asked if he could come
and meet me in person when Megan dropped Leila off and I agreed. I met them late afternoon
on May 29, 2019. Daniel was very respectful of me and my home, and very gentle with Leila
and I could tell that he loved her very much and that it was very hard for him to leave her with
me. He made sure to leave me with supplies for her along with toys and other things to help her
get settled in with me. We sat and talked for a bit and he explained that his living situation was
very precarious for the time being, but that he was looking for work and while essentially
homeless, he would be remaining in the Nashville area. He asked if he could come by and visit
with Leila from time to time and I agreed. Over that summer, Daniel visited Leila in my home on
several occasions. We did not speak much about what had happened in relation to his military
service or this case; we mostly spoke about cat stuff and just normal chit chat between two
people becoming friends; sharing info about our preferences, childhood experiences, and just
getting to know each other. I am a PhD level Social Worker and people often feel comfortable
talking to me about their issues. Daniel did open up to me about his anxiety and PTSD. It is also
in my nature to do assessments of need and to try and help connect people to services.
However, Daniel really was in limbo, stuck for six years now in a position where he has been
regularly marginalized from housing and employment due to all the stigma related to his arrests
and this case. I was at a loss of any available services to help him and just focused on being his
friend and taking care of Leila. Daniel eventually did get stabilized and came and got Leila in
December of 2019 and took her home with him as soon as he was able to locate housing and
work. Since then, we have stayed in touch and he sends me pictures and videos of Leila. We
have also communicated by mail and phone since he has been detained in Arlington. I plan to
continue to stay in touch to make sure Daniel and Leila have what they need.

While I did not know him in 2014, I do very much believe that Daniel did what he did
because the information was killing him and he truly believed that, despite how painful knowing
this information was, that the American people also needed to know. This was not for his
personal gain, this was the best thing he thought he could do to protect human beings and
serve the American people. As an American citizen, I DID want to know what was being done in
my name. There are times when we have to hold governments (and their private contractors)

accountable. This is especially true right now given rapid technology advances. While developments have allowed us to accomplish many things, they also have created new ethical and moral landscapes that we are still working to navigate as a human race to ensure justice through legal practices in this domain. It is my understanding that the information released has actually led to real US policy changes that improved how drones are managed – meaning others also recognized the value of knowing this information and it has led to positive improvements in the world. In my twenty-plus years of professional practice as a Social Worker I have served populations of people incarcerated and those just released into transitional housing. Daniel is not the sort of person that needs to be incarcerated.

I am not sure if you will be getting a letter from Daniel's mother or not, but it is my expectation based on what I know of his childhood that you may not. While I have only known Daniel a short time, please know that I am crying like a mother would as I am typing this letter. I am constantly worried about him and whether or not he is safe, or if he is cold or sick, or whether or not he is getting adequate nutrition; and I always worry if Leila is doing okay in her current foster home and about exactly how long she is going to have to live without her cat-daddy by her side. I am begging you for leniency to protect this man like he was my son. There are people that love him and we want him back. Daniel was trying very hard to make decisions that would break the generational cycles of poverty and crime that haunted his family and Daniel does not deserve to be incarcerated. Daniel deserves the college education that he ultimately joined the military to try and achieve. He is quite brilliant and his development has been stunted enough. His skill set should not be further withheld from the world. Daniel deserves stable housing, access to nutrition, medical care, and meaningful employment. Daniel also deserves to be in treatment, and specifically in treatment with a therapist that is in his life to serve his functional needs and his needs first – meaning not a court appointed psychiatrist or a VA therapist – but a trained professional that keeps Daniel at the center of all care planning to help him manage his anxiety and PTSD so that he can achieve basic quality of life. I am also begging you as foster-cat-mom to Leila to please understand that whatever you decide here also impacts this innocent cat. Daniel needs to be with Leila, and Leila needs to be with him. They have a very close bond and taking care of her helps keep Daniel grounded. Cats do truly experience loss and Leila is very depressed and suffers whenever she is separated from him. I have provided a picture of Leila from while she was in my care below.

I understand that you have to follow the law and make a decision here that is consistent with your ethical and moral core. I hope that you can find a way to show mercy on Daniel and please do not incarcerate him. I pray that you will find some way to help reunite Daniel and Leila and help them achieve quality of life. I appreciate your service as a Judge and your consideration in this matter.

Sincerely,

Cynthia M. George, PhD, MSSW

Goodlettsville, TN 37206



Honorable Liam O'Grady
U.S. District Judge

Dear Judge O'Grady:

My name is Tanner Jacobs. I am co-owner of a restaurant in
Nashville, TN.

Daniel Hale worked for us for around a year. He mostly worked
dish and prep. We are a high volume restaurant. Dish and prep
at our establishment is a tough job.

Daniel was one heck of a strong worker. He demonstrated an
exceptional work ethic and could work at a dizzying pace. One of
the things about him I appreciated the most was that he would
often find time to come out of the kitchen, into the dining room
and help servers and hosts buss tables. That was specific to him.
We have a great kitchen staff but no one else did that. I've been
in the restaurant business a long time and that is a true rarity.

Even on his days off and even after he no longer worked there, he
would come in and talk to our staff and ask how they were doing.

I didn't get to know Daniel that well personally, but the little I did
know him, he seemed like a compassionate, caring young man
with a kind heart.

Sincerely,

Tanner Jacobs

**From:**     Kaylan Kennedy
**To:**       Joseph Boyd
**Subject:**  Re: Letter of Support
**Date:**     Monday, May 31, 2021 11:35:38 AM

5/31/2021

Honorable Judge Liam O'Grady,

My Name is Kaylan Kennedy, I am writing today on the behalf of Daniel Hale in regard to his sentencing for leaking classified information to a reporter, seven years ago in 2014. I have known Daniel since 2008, I met him through a mutual friend Stacy Blevins. We had a romantic relationship for a short period during that time frame. Mr. Hale is one of the kindest individuals I have ever encountered, I have never met anyone who is as morally driven. Mr. Hale has throughout my time knowing him been one of the most empathetic people regarding all living beings. He has a soft spot for the less fortunate and animals, in particular, and a strong moral compass.

When I first met Mr. Hale, I was very depressed and he spent time after just meeting me playing frisbee in the middle of the night and talking with me, he made sure I felt someone was there. It was such a simple gesture most people wouldn't have considered helpful. This is just the type of person he is.

I believe in my heart Mr. Hale only did what he did because he believed it was the right thing to do, I cannot fathom him acting out of malicious intent. I sincerely hope you will take Mr. Hale's character and impact on others into your heart during his sentencing.

Yours sincerely,

logo_cropped_transparent

Kaylan Kennedy, Group and Events Manager
Tremont Lodge & Resort
Townsend, TN 37882
lodge ~ @tremontlodge.com email

Honorable Liam O'Grady
U.S. District Judge


Dear, Judge O'Grady:

 Hello, my name is Subin Kim and I am currently a 25-year-old male. I am employed at a local pizza restaurant and have worked with Daniel Hale. I have known Daniel for about a year or so, but I have also worked with him often. Daniel was a very interesting guy. We would often have conversations about his regret of missing casual civilian life during his "prime years," yet he was proud that he served his nation. He was very passionate about activism and how he loved to show his support for a just cause. He was an ordinary, relaxed guy who just wanted to live how he wanted. Obviously, I didn't know him as well as many others who he has impacted. However, I know he liked video games, exercising, his little outdoor cat whom he adored, and eating great food. I don't know anything about most of his previous years aside from when he has worked with me. With that said, I believe that Daniel was a super nice guy with great values and he had a genuine heart of gold. He cared immensely for the things that were close to his heart. He loved to mess around and interact with others. Often he had walls up, so he was also prickly in a sense. However, once you're past all of his defense mechanisms, he was what the definition of caring could be. Whether what he did or did not do was right or wrong, that is not my place to say for obvious reasons. However, I do believe that Daniel is not dangerous to society, nor would he ever hurt others. He was a great person in society and never sought the downfall of others. I hope he gets a light sentencing and has a bright future where he truly finds happiness, peace, and love.


Sincerely,

Subin Kim

**From:**      stuart roche
**To:**        Joseph Boyd
**Subject:**   Letter for daniel hale
**Date:**      Monday, June 28, 2021 7:13:23 PM

To whom it may concern.

I met Daniel Hale a little over three years ago. He worked for a restaurant I was managing and we became friends. We have remained close friends after he left the company to work at another restaurant. Daniel Hale is one of those genuinely good people. He has a strong morale compass. He also has remained humble, that showed through the care and seriousness he took his job as dish washer. I know him to be sweet natured person and I have trusted him to care for my disabled dog  while I have been away from home. I completely believe Daniel is a person who contributes to his community and his absence has been felt throughout many community's across the u.s.
Sincerely,
Stuart Roche