# EXHIBIT E
# DD-214 (Daniel Everette Hale)
# (FILED UNDER SEAL)