The Honorable Liam O'Grady

United States District Judge

United States District Court for the Eastern District of Virginia

July 15, 2021

Dear Judge O'Grady,

I am a school librarian in Ithaca New York, writing to ask for clemency for Daniel Hale. In my classes at Fall Creek Elementary School, I teach my students to always question and ask whose stories are left out. I teach them to check sources for accuracy and reliability. I am also teaching young students the hard history of our country and that we can love our country and still take responsibility for the fact that our country has done some things that are very wrong. Daniel Hale questioned this too, he felt he was going against his conscience and murdering innocent people.

I think we should celebrate people like Daniel Hale, who critically think about their actions and try to change for the better.

Please commute Daniel Hale's sentence to time served and allow Daniel to become a person who works for goodness in our world.

Sincerely,

Maureen Gilroy