# Exhibit K

UNCLASSIFIED

## CERTIFICATE OF NON-EXISTENCE OF RECORDS
## PURSUANT TO FEDERAL RULE OF EVIDENCE 803(10) AND 902(1)
## AND FEDERAL RULE OF CRIMINAL PROCEDURE 27

I, G. Shawn Tate, attest, under penalties of perjury by the laws of the United States of America pursuant to 28 U.S.C. § 1746, that the information contained in this certification is true and correct.

I am employed by the National Security Agency, and my title is the Deputy Assistant Inspector General for Investigations. I am knowledgeable of the records kept for complaints made to the National Security Agency Office of the Inspector General by intelligence community employees and contractors. I am qualified and authorized to make this certification because I am familiar with how such records are created, managed, stored, and retrieved.

I further state that a diligent search of the eIDMS database failed to disclose any potential complaints made by Daniel Everette Hale to the National Security Agency Office of the Inspector General.

I further state that this certification is intended to satisfy Rule 902(1) of the Federal Rules of Evidence and Rule 27 of the Federal Rules of Criminal Procedure, which incorporates Federal Rule of Civil Procedure 44.

6 November 2020
Date

_____
Signature

UNCLASSIFIED



GOVERNMENT EXHIBIT 711

### CERTIFICATE OF NON-EXISTENCE OF RECORDS
### PURSUANT TO FEDERAL RULE OF EVIDENCE 803(10) AND 902(1)
### AND FEDERAL RULE OF CRIMINAL PROCEDURE 27

I, Joanne Eldridge, attest, under penalties of perjury by the laws of the United States of America pursuant to 28 U.S.C. § 1746, that the information contained in this certification is true and correct.

I am employed by the Department of Defense Office of Inspector General (DoD OIG), and my title is Associate General Counsel. I have official duties with the DoD OIG in Alexandria, VA. I am knowledgeable of the records kept for complaints made to the DoD OIG, including complaints made by intelligence community employees and contractors. I am qualified and authorized to make this certification because I am familiar with how such records are created, managed, stored, and retrieved.

I further state that a diligent search directed by officials responsible for the records databases of the DoD Hotline, Directorate for Investigations of Senior Officials, Directorate for Whistleblower Reprisal Investigations, Defense Criminal Investigative Service, and Evaluations Component failed to disclose any complaints to the DoD OIG made by Daniel Everette Hale for the period 2009 through 2014.

**GOVERNMENT EXHIBIT 712 1:19CR59**

I further state that this certification is intended to satisfy Rule 902(1) of the Federal Rules of Evidence and Rule 27 of the Federal Rules of Criminal Procedure, which incorporates Federal Rule of Civil Procedure 44.

23 Feb 2021
Date

_____
Signature



2



**HEADQUARTERS**
JOINT SPECIAL OPERATIONS COMMAND
FORT BRAGG, NORTH CAROLINA 28307

## CERTIFICATE OF NON-EXISTENCE OF RECORDS
## PURSUANT TO FEDERAL RULE OF EVIDENCE 803(10) AND 902(1)
## AND FEDERAL RULE OF CRIMINAL PROCEDURE 27

I, RAMON VALLE, attest, under penalties of perjury by the laws of the United States of America pursuant to 28 U.S.C. § 1746, that the information contained in this certification is true and correct.

I am employed by the JOINT SPECIAL OPERATIONS COMMAND (JSOC), and my title is Inspector General (IG). I am the custodian of the records at the JSOC Office of the Inspector General and am knowledgeable of the records kept for complaints made to the JSOC IG by employees and contractors (such as whistleblower complaints). I am qualified and authorized to make this certification because I am familiar with how such records are created, managed, stored, and retrieved.

I further state that a diligent search of the JSOC IG CASE TRACKING SYSTEM (JCATS) failed to disclose any description of potential complaints (such as whistleblower complaints) made by Daniel Everette Hale while he was enlisted in the United States Air Force from July 2009 to July 2013.

1



GOVERNMENT
EXHIBIT
**713**
1:19CR59

I further state that this certification is intended to satisfy Rule 902(1) of the Federal Rules of Evidence and Rule 27 of the Federal Rules of Criminal Procedure, which incorporates Federal Rule of Civil Procedure 44.

3/16/2021
Date

_____
RAMON VALLE, Command Inspector General

**STATE OF NORTH CAROLINA**

COUNTY OF CUMBERLAND

Subscribed, sworn to and acknowledged before me by RAMON VALLE on 16 March 2021.

(SIGN)
(PRINT)   LAWRENCE E. ODOY
**NOTARY PUBLIC**

My Commission Expires:   December 7, 2024

LAWRENCE E. ODOY
NOTARY PUBLIC
CUMBERLAND COUNTY, NC
MY COMMISSION EXPIRES
DECEMBER 7, 2024

2

UNCLASSIFIED

# CERTIFICATE OF NON-EXISTENCE OF RECORDS
## PURSUANT TO FEDERAL RULE OF EVIDENCE 803(10) AND 902(1) AND FEDERAL RULE OF CRIMINAL PROCEDURE 27

I, PATRICIA C. LANGFORD, attest, under penalties of perjury by the laws of the United States of America pursuant to 28 U.S.C. § 1746, that the information contained in this certification is true and correct.

I am employed by National Geospatial-Intelligence Agency (NGA), and my title is Assistant Inspector General for Investigations. I am knowledgeable of the records kept for complaints made to NGA's Office of Inspector General (OIG) by intelligence community employees and contractors. I am qualified and authorized to make this certification because I am familiar with how such records are created, managed, stored, and retrieved.

I further state that a diligent search of NGA OIG's Case Management and Tracking System and NGA OIG's Hotline logbook failed to reveal whistleblower, reprisal, or any other type of complaint made by Daniel Everette Hale from the time period beginning on December 1, 2013 through date of search (9 September 2019).

I further state that this certification is intended to satisfy Rule 902(1) of the Federal Rules of Evidence and Rule 27 of the Federal Rules of Criminal Procedure, which incorporates Federal Rule of Civil Procedure 44.

11/26/19
Date

_PLangford_
Signature

UNCLASSIFIED

GOVERNMENT EXHIBIT
**714**
1:19CR59