IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

Filed with the Classified
Information Security Officer
CISO [signature]
Date 7/26/2021

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 1:19-CR-59 |
| v. | The Honorable Liam O'Grady |
| DANIEL EVERETTE HALE, *Defendant.* | Sentencing: July 27, 2021 |

## GOVERNMENT'S CLASSIFIED REPLY TO DEFENSE POSITION ON SENTENCING

Filed with the Classified Information Security Officer.

Respectfully submitted,

Raj Parekh
Acting United States Attorney

Date: July 26, 2021

By: _____/s/_____
Gordon Kromberg
Alexander P. Berrang
Assistant United States Attorneys
United States Attorney's Office
Eastern District of Virginia
2100 Jamieson Avenue
Alexandria, Virginia 22314
(703) 299-3700
Gordon.Kromberg@usdoj.gov
Alexander.P.Berrang@usdoj.gov

By: _____/s/_____
Heather M. Schmidt
Senior Trial Attorney
National Security Division
United States Department of Justice
950 Pennsylvania Ave., NW
Washington, D.C. 20530
Tel.: (202) 233-2132
Fax: (202) 233-2146
Heather.Schmidt@usdoj.gov